## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IMRAN CHAUDHRI, individually,
and on behalf of all others similarly
situated,

               Plaintiff,

    v.

OSRAM SYLVANIA, INC., and OSRAM
SYLVANIA PRODUCTS, INC.,

               Defendants.

Civil Action No.
2:11-CV-05504-SDW-MCA

---

## DECLARATION OF THOMAS PACIORKOWSKI, ESQ.

Barry R. Eichen
Thomas Paciorkowski
EICHEN CRUTCHLOW ZASLOW & McELROY, LLP
40 Ethel Road
Edison, NJ 08817
Telephone: (732) 777-0100
beichen@njadvocates.com
tpaciorkowski@njadvocates.com

Sidney S. Liebesman
LIEBESMAN LAW, LLC
501 Silverside Road, Suite 2
Wilmington, DE 19809
Telephone: (302) 798-1000

*Attorneys for Plaintiff and Putative Class*

I, Thomas Paciorkowski, Esq., being of full age, hereby declare as follows:

1.      I am an Associate at the law firm of Eichen Crutchlow Zaslow & McElroy, LLP, representing the Plaintiff in the above captioned matter.

2.      Attached as Exhibit A is a true and correct copy of a print out from Wal-Mart's web site, advertising SilverStar 9004 head lamps.

3.      Attached as Exhibit B is a true and correct copy of an article published on February 22, 2012 by The BLT: The Blog of Legal Times, an ALM publication, titled "FTC Settles Charges with Replacement Window Makers Over Savings Claims."

4.      Attached as Exhibit C is a true and correct copy of an FTC Press Release dated Feb. 22, 2012.

5.      Attached as Exhibit D is a true and correct copy of a glossary of lighting terms published on the Lighting Research Center's web site.

6.      Attached as Exhibit E is a true and correct copy of an email I sent to the GE Lighting Institute and the response I received.

7.      Attached as Exhibit F is a true and correct copy of a paper presented by General Electric Co. at the National Technical Conference of the Illuminating Engineering Society, September 7-11, 1959, San Francisco, titled, An Iodine Incandescent Lamp with Virtually 100 Per Cent Lumen Maintenance.

8.      Attached as Exhibit G is a true and correct copy of a printout from the IEEE Spectrum website.

9.      Attached as Exhibit H is a true and correct copy of a printout from the IEEE website.

10.     Attached as Exhibit I is a true and correct copy of a printout of an article from the IEEE Spectrum website titled, "Requiem for the Incandescent Lightbulb, A look back at a century of light," dated April 2011.


I declare that the foregoing statements by me are true. I am aware that if any of the statements are willfully false, I may be subject to punishment.


Dated: March 26, 2012

_____
Thomas Paciorkowski

# EXHIBIT A

Case 2:11-cv-05504-MCA    Document 19-1    Filed 03/26/12    Page 5 of 44 PageID: 216





## Sylvania Silverstar 9004 Automotive Bulb, 2pk

Be the first to write a review



| Shop at Walmart | Pickup Information | When will I get this item? |
|---|---|---|

In stores
**Price may vary**

**In Stock** for:

**Free shipping to store**   Enter ZIP code   **Find**   What's This?

Add to:   **My List** ⏷ NEW!

Product availability, styles, promotions and prices may vary between stores and online.

### Item Description

The Sylvania Silverstar 9004 Automotive Bulb prov des brighter and whiter light. This high-
performance automotive lighting solut on offers better down-road and side-road lighting due to its
improved brightness.

**Sylvania Silverstar 9004 Automotive Bulb, 2pk:**

- High performance lighting
- Brighter and wh ter light
- Up to 35 percent brighter light
- Up to 30 percent better down-road lighting
- Up to 35 percent better s de-road lighting
- Output: 4,000K
- Legal for on-road use
- Model# 9004 ST/2
- Made in the USA

| Specifications | Top of Page |
|---|---|

| Model No.: | 9004 SilverStar TWIN |
|---|---|
| Product in Inches (L x W x H): | 3.7 x 3.7 x 3.7 |
| Walmart No.: | 001075056 |

# EXHIBIT B

**The BLT: The Blog of Legal Times**



**February 22, 2012**

**FTC Settles Charges with Replacement Window Makers Over Savings Claims**

In a warning to marketers, the Federal Trade Commission today settled charges with five companies that claimed energy-efficient replacement windows could save consumers "up to" 35 to 55 percent in heating and cooling bills.

The FTC found that "most customers could never achieve these kinds of results," said James Kohm, associate director of the enforcement division in the Bureau of Consumer Protection, during a call with reporters. "They shouldn't be implying most people are going to receive outlier claims... 'Up to' claims are interpreted by consumers to mean they'll likely receive the benefits."

The five companies — Gorell Enterprises, Inc.; Long Fence & Home, LLLP; Serious Energy, Inc.; THV Holdings LLC; and Winchester Industries — were charged in administrative complaints with violating Section 5 of the FTC Act. The settlements require them to stop making the claims, but do not include monetary penalties, nor do the defendants admit wrongdoing.

Kohm explained that cash penalties are not permitted in such administrative cases, but any future violation carries a stiff fine.

Also, he said it would have been "very hard to determine losses" for consumers who installed the windows expecting mega-savings on energy bills. The amount of energy savings varies by consumer, and depends on factors like whether the old windows were single-pane glass, the home's insulation and climate. "It's highly dependent on individual consumers," he said.

He also noted that consumers replace windows for a variety of reasons such as appearance, and not just for energy savings.

Overall, he estimated that the average true savings on energy bills as a result of new windows is more like 5 to 20 percent.

"We're not claiming these are bad windows," he said. "They just overstated the energy savings."

Posted by Jenna Greene on February 22, 2012 at 04:10 PM | Permalink

Digg This | Save to del.icio.us

**TrackBack**

TrackBack URL for this entry:
http://www.typepad.com/services/trackback/6a00d83451d94869e2016301d9037c970d

Listed below are links to weblogs that reference FTC Settles Charges with Replacement Window Makers Over Savings Claims:

**Comments**

**Verify your Comment**

**Previewing your Comment**

Posted by:  |

This is only a preview. Your comment has not yet been posted.

[Post]  [Edit]

Your comment could not be posted. Error type:

Your comment has been saved. Comments are moderated and will not appear until approved by the author. Post another comment

The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.



[Continue]

# EXHIBIT C



**Federal Trade Commission**
**Protecting America's Consumers**

---

**For Release:** 02/22/2012

## Window Marketers Settle FTC Charges That They Made Deceptive Energy Efficiency and Cost Savings Claims

### Companies Must Have Scientific Evidence Before Making Marketing Claims

Five companies that sell replacement windows in numerous states will have to stop making exaggerated and unsupported claims about the energy efficiency of their windows, and how much money consumers could save on their heating and cooling bills by having them installed, under settlements with the Federal Trade Commission. The settlements prohibit the companies from making these types of deceptive claims.

"Energy efficiency and cost savings are major factors for many consumers buying replacement windows," said David Vladeck, Director of the FTC's Bureau of Consumer Protection. "The FTC is committed to making sure that the information consumers get is accurate and that marketers can back up the claims they make."

The cases are part of a broad FTC effort to ensure that environmental marketing is truthful and based on solid scientific evidence. Also today, the agency issued a new consumer education publication called "*Shopping for New Windows*," which provides information on factors that affect the energy savings replacement windows are likely to provide; things to consider when shopping for new windows, such as cost, material, style, and installation; and how an energy performance rating label can help consumers choose the windows that are best for their specific needs.

The FTC's complaints allege the five companies engaged in deceptive practices by making unsupported energy efficiency and money-saving claims – in some cases, that consumers could cut their energy bills in half by using replacement windows alone. The companies named in the settlements are: *Gorell Enterprises, Inc.; Long Fence & Home, LLLP; Serious Energy, Inc.; THV Holdings LLC; and Winchester Industries.*

*Gorell Enterprises, Inc.* Based in Pennsylvania, Gorell also operates under the names Gorell Windows & Doors and American Conservatory Systems. It manufactures windows with the "Thermal Master III" glass system and other lines. The company's "40% Energy Savings Pledge" promised consumers savings of at least 40 percent of home fuel consumption for both heating and cooling in the first year after their windows were installed, or they would repay them the difference, up to $500. According to the FTC's Complaint, Gorell lacked a reasonable basis for claiming that consumers who replace their windows with Thermal Master III windows were likely to achieve residential energy savings of 40 percent or save 40 percent on home heating and cooling costs.

*Long Fence & Home, LLLP.* Based in Maryland, Long Fence & Home does business under a number of names, including Long Windows. It distributes and installs Serious Energy's Quantum 2 windows with SuperPak glass, among other lines. Long's advertisements in various media have included claims such as "50% Energy Savings Guaranteed," and "save 50% on Energy Bills – or LONG PAYS YOU!" Long also pledged 50% savings on heating and cooling energy usage. Long's website included a "savings calculator" that invited users to enter their average monthly energy bills and click a button to "CALCULATE SAVINGS." According to the FTC, Long's savings claims for the advertised windows were unsubstantiated.

*Serious Energy, Inc.* Based in California, Serious Energy provides its dealers with marketing materials, including brochures and other information on its website. These materials have included claims such as, "Guaranteed to reduce your heating and cooling use by up to 49%." Serious Energy also offered heating and cooling reduction pledges, varying by dealer, and promised consumers would be paid up to $500 if they did not realize these savings within one year of when the windows were installed. The FTC alleged that Serious Energy's savings claims for the advertised windows were unsubstantiated.

*THV Holdings LLC.* Based in Kentucky, THV's telemarketing sales scripts represented that its replacement windows will "cut energy bills in half"; that homeowners will typically see a 35 to 55 percent reduction in monthly energy bills; that "our homeowners have noticed that our windows saved them 35% to 55% off their energy bills," and pledged that its windows systems "will pay for themselves in energy savings alone in 8 years or we will pay the difference . . . our windows are free!!" The FTC charged that THV disseminated the claims in sales scripts for the company's THV Compozit windows with Alter-Lite triple pane glass. The FTC also charged that THV lacked a reasonable basis for its savings claims.

*Winchester Industries.* Based in Pennsylvania, Winchester manufactures Bristol and WinterLock Super Triple-E, A-Plus with Alpha-10 windows. In its promotional materials, Winchester claimed that consumers would "reduce energy costs by 47%" and that "the triple-paned design of some replacement windows, such as Bristol windows, can also produce energy savings of up to 50% a year." Winchester's consumer testimonials claimed similar results, and the company pledged a heating and cooling reduction of at least 47 percent. The FTC charged that Winchester lacked a reasonable basis for making its energy savings claims for its windows.

The proposed orders settling the FTC's charges against the five companies are designed to prevent the companies from engaging in similar deceptive marketing practices in the future.

Part I of the proposed settlements prohibits each company from claiming:

- that consumers who replace their current windows with those of the company will achieve up to, or a specified amount or percentage of energy savings, or a reduction in their heating or cooling costs; or
- that the company guarantees or pledges that consumers who replace their windows with the company's windows will achieve such energy savings;

unless the claim is non-misleading and when the company makes the claim, it has competent and reliable scientific evidence to substantiate that all or almost all consumers are likely to achieve the maximum savings claimed.

In addition, if the company claims or guarantees that consumers will achieve specific energy savings or reduced heating or cooling costs under certain circumstances (for example, by replacing a window made of a certain material in a specific region of the country), it must clearly and prominently disclose those circumstances near where the claim or guarantee is made. The company also must be able to substantiate that all or almost all consumers are likely to see the maximum savings claimed under those circumstances.

Part II of the proposed settlements prohibits each company from making claims:

- that a specific number or percentage of consumers who replace their windows with the company's will achieve energy savings or reduced heating or cooling costs; or
- about energy consumption, energy costs, heating and cooling costs, or other insulating properties or energy-related efficacy;

unless the representation is non-misleading and is substantiated by reliable scientific evidence.

As noted above, the proposed orders require each company to substantiate savings claims that include the words "up to" – for example, if they claim consumers will save "up to" a certain amount of money, or achieve energy savings "up to" a certain amount, it must have competent and reliable scientific evidence to substantiate that all or almost all consumers are likely to achieve the maximum savings claimed.

The proposed orders with Serious Energy, Gorell, THV, and Winchester include an additional provision designed to make sure they do not give misleading information to their distributors that could be passed on to consumers. The proposed order with THV also requires it to conduct a training program to help principals, officers, managers, employees, and representatives avoid misleading claims. The other four firms are required to broadly distribute copies of the order within each company to help ensure their employees' compliance.

The Commission vote to issue the administrative complaints and accept the consent agreement packages containing the proposed consent orders for public comment was 3-0, with Commissioner J. Thomas Rosch abstaining, in each case. The FTC will publish a description of the consent agreement packages in the Federal Register shortly. The agreements will be subject to public comment for 30 days, beginning today and continuing through March 23, 2012, after which the Commission will decide whether to make the proposed consent orders final. The FTC acknowledges the valuable assistance of the Washington State Attorney General's Office in the investigation of this matter.

Interested parties can submit written comments electronically or in paper form by following the instructions in the "Invitation To Comment" part of the "Supplementary Information" section. Comments in electronic form should be submitted using these links and following the instructions on the web-based form:

- Submit comment on Gorell Enterprises
- Submit comment on Long Fence & Home
- Submit comment on Serious Energy
- Submit comment on THV Holdings
- Submit comment on Winchester Industries

Comments in paper form should be mailed or delivered to: Federal Trade Commission, Office of the Secretary, Room H-113 (Annex D), 600 Pennsylvania Avenue, N.W., Washington, DC 20580. The FTC is requesting that any comment filed in paper form near the end of the public comment period be sent by courier or overnight service, if possible, because U.S. postal mail in the Washington area and at the Commission is subject to delay due to heightened security precautions.

**NOTE:** The Commission issues an administrative complaint when it has "reason to believe" that the law has been or is being violated, and it appears to the Commission that a proceeding is in the public interest. The complaint is not a finding or ruling that the respondent has actually violated the law. A consent agreement is for settlement purposes only and does not constitute an admission by the respondent that the law has been violated. When the Commission issues a consent order on a final basis, it carries the force of law with respect to future actions. Each violation of such an order may result in a civil penalty of up to $16,000.

The Federal Trade Commission works for consumers to prevent fraudulent, deceptive, and unfair business practices and to provide information to help spot, stop, and avoid them. To file a complaint in English or Spanish, visit the FTC's online Complaint Assistant or call 1-877-FTC-HELP (1-877-382-4357). The FTC enters complaints into Consumer Sentinel, a secure, online database available to more than 2,000 civil and criminal law enforcement agencies in the U.S. and abroad. The FTC's website provides free information on a variety of consumer topics. Like the FTC on Facebook and follow us on Twitter.

**MEDIA CONTACT:**

> *Mitchell J. Katz*
> *Office of Public Affairs*
> 202-326-2180

**STAFF CONTACT:**

> James A. Kohm
> *Bureau of Consumer Protection*
> 202-326-2640

> Joshua S. Millard
> *Bureau of Consumer Protection*
> 202-326-2454

(Window Cases.final)
(FTC File Nos. 1123057, THV Holdings; 1023171, Winchester Industries; 1123001, Serious Energy; 1123005, Long Fence & Home; and 1123053, Gorell Enterprises)

---

**E-mail this News Release**
If you send this link to someone else, the FTC will not collect any personal information about you or the recipient.

**Related Items:**

*In the Matter of* Gorell Enterprises, Inc.
FTC File No. 112 3053

*In the Matter of* Long Fence & Home, LLLP
FTC File No. 112 3005

*In the Matter of* Serious Energy, Inc.
FTC File No. 112 3001

*In the Matter of* THV Holdings LLC
FTC File No. 112 3057

*In the Matter of* Winchester Industries
FTC File No. 102 3171

**For Consumers:**

- Shopping for New Windows

Case 2:11-cv-05504-MCA    Document 19-1    Filed 03/26/12    Page 12 of 44 PageID: 223

Last Modified: Thursday, February 23, 2012

# EXHIBIT D





Volume 6 Issue 2

September 2002

## Glossary

Sources of term definitions: National Lighting Product Information Program (NLPIP), Lighting Research Center's Lighting Education Online, the IEEE Standard Dictionary of Electrical and Electronics Terms (IEEE Std 100-1996).

| | |
|---|---|
| A-lamp | The incandescent lamp most commonly used in North American households. The "A" designation refers to the lamp's bulbous shape. |
| active power | the system input power (in watts) for a lamp-ballast combination. |
| amalgam | An alloy of mercury with other metals. Some CFLs use a mercury amalgam rather than standard mercury. An amalgam keeps mercury pressure in the discharge near ts optimal value as lamp temperature changes. Amalgam lamps can produce more than 90 percent of maximum light output over a w de temperature range, but they can take longer to reach their full light output when started. |
| ambient temperature | The temperature of the surrounding air that comes into contact with the lamp and ballast. Ambient temperature affects the light output and active power of fluorescent lamp/ballast systems. Each fluorescent lamp-ballast system has an optimum ambient temperature at wh ch t produces maximum light output. Higher or lower temperatures reduce light output. For purposes of lamp/ballast tests, ambient temperature is measured at a point no more than 1 meter (3.3 feet) from the lamp and at the same height as the lamp. |
| amplitude | The maximum absolute value attained by a periodic wave. |
| ANSI code | American Nat onal Standards Inst tute (ANSI) code that ind cates the electr cal operating designation of the lamp, wh ch must match that of the ballast. |
| aperture | The diameter in the opening of a downlight, in inches (in.). Sometimes manufacturers will round up to the next whole-inch increment. |
| aperture diameter | The diameter of a reflector cone opening, expressed in inches. |
| apparent power | The product of root-mean-square (rms) voltage and rms current. |
| application | The use to which a lighting system will be put; for example, a lamp may be intended for indoor residential appl cat ons. |
| arc tube | An envelope, usually quartz or ceramic that contains the arc of a discharge light source. |
| average rated life | The number of hours at which half of a large group of product samples fail under standard test cond t ons. Rated life is a median value; any lamp or group of lamps may vary from the published rated life. |
| ballast | A device required by electric-discharge light sources such as fluorescent or HID lamps to regulate voltage and current supplied to the lamp during start and throughout operation. |
| ballast access | The opening through which the ballast in a luminaire can be installed or replaced, either through the aperture or from above the luminaire. |
| ballast efficacy factor (BEF) | Sometimes called ballast eff ciency factor, ballast eff cacy factor is the ratio of the ballast factor to the active power (in watts), usually expressed as a percent. It is used as a relative measurement of the system eff cacy of the fluorescent lamp/ballast combination. |
| ballast factor (BF) | The rat o of the light output of a fluorescent lamp or lamps operated on a ballast to the light output of the lamp(s) operated on a standard (reference) ballast. Ballast factor depends on both the ballast and the lamp type; a single ballast can have several ballast factors depending on lamp type. |
| ballast rated life | The number of hours at which half of a group of ballasts fail under standard test cond tions. Rated life is a median value of life expectancy; any ballast, or group of ballasts, may vary from the published rated life. |
| barn doors | Typ cally, four adjustable shields that are attached to the face of the luminaire to reduce glare. |
| beam angle | The angle at wh ch luminous intensity is 50 percent of the maximum intensity. |
| beam appearance | The description of the beam's image on a wall as determined by subjective visual evaluat ons of each lamp. The descriptive categories used are smooth, cloud, two-contour, ripple, and variegated. |
| beam spread | The width of a light beam, expressed in degrees. The beam of light from a reflector-type lamp (PAR, R, ER, or MR) can be thought of as a cone. The beam spread is the angular width of the cone. Common beam spreads are known as spot, narrow, narrow flood, and flood. |
| bi-level switching | Control of light source intensity at two discrete levels in addit on to off. |

| | |
|---|---|
| **bin** | To sort or classify light sources (such as light em tting d odes) into groups according to their luminous intens ty or color appearance. |
| **blackbody radiator** | A temperature radiator of uniform temperature whose radiant output in all parts of the spectrum is the maximum obtainable from any temperature radiator at the same temperature. Such a radiator is called a blackbody because it absorbs all the radiant energy that falls upon it. All other temperature radiators can be classed as non-blackbodies. Non-blackbodies radiate less in some or all wavelength intervals than a blackbody of the same size and the same temperature. |
| **Brewster's angle** | The inc dent angle of light on the surface of a medium for which the reflected and transmitted light are perpend cular to each other. This angle depends on the refractive index of the medium. It defines the angle of maximum polarization for a medium. |
| **brownout circuitry** | For exit signs, brownout circuitry is designed to switch the sign over to battery supply if the voltage of the utility-supplied power drops below a specified value. Brownout circuitry is an option for some signs. |
| **bulb designation** | An abbreviation of the shape and size of a lamp's outer envelope. The letter or letters indicate the shape and the numbers ind cate the bulb's maximum diameter in eighths of an inch. |
| **bulb finish** | The coating, if any, that is applied to the ins de surface of the bulb. Finishes are e ther clear, phosphor coated, or diffuse. |
| **candela** | The Systeme International d'Unities (SI) of luminous intens ty. One candela is one lumen per steradian. Formerly, candle. |
| **capacitor** | A device used in electric circu try to temporarily store electrical charge in the form of an electrostat c field. In lighting, a capac tor is used to smooth out alternating current from the power supply. |
| **cathode-disconnect ballast** | An electromagnetic ballast that disconnects the electrode-heating circu t after the lamps are started. Cathode-disconnect ballasts operate lamps at 60 hertz; they are sometimes called "hybrid" or "low-frequency electron c" ballasts. They operate lamps at lower power than other magnet c ballasts that produce similar light output. |
| **center beam candlepower (CBCP)** | Center beam candlepower is the luminous intensity at the center of a beam, expressed in candelas (cd). |
| **chromaticity** | The dominant or complementary wavelength and pur ty aspects of the color taken together, or of the aspects specified by the chromatic ty coordinates of the color taken together. It describes the properties of light related to hue and saturation, but not luminance (brightness). |
| **CIE** | Abbreviated as CIE from ts French title Commission Internat onale de l'Eclairage, the Internat onal Commission on Illumination is a technical, scientific, and cultural organizat on devoted to international cooperation and exchange of informat on among ts member countries on matters relating to the science and art of lighting. |
| **coefficient of utilization (CU)** | Coefficient of utilization is the ratio of the luminous flux (lumens) received on a plane to the light output (lumens) of the lamps. Coefficient of utilization depends on luminaire eff ciency, distribution of light from the luminaire, size and shape of the room, and reflectances of surfaces in the room. Specifiers use the coefficient of utilization to evaluate how effectively a luminaire delivers light to a workplane. |
| **color appearance** | The resultant color percept on that includes the effects of spectrum, background contrast, chromat c adaptation, color constancy, brightness, size and saturat on. |
| **color consistency** | The measure of how close in color appearance random samples of a lamp or source tend to be. |
| **color matching** | The action of making a color appear the same as a given color. Often used as a method of evaluating the ability of a light source to render colors fa thfully. |
| **color rendering** | A general expression for the effect of a light source on the color appearance of objects in consc ous or subconscious comparison with their color appearance under a reference light source. |
| **color rendering index (CRI)** | A rating index commonly used to represent how well a light source renders the colors of objects that it illuminates. For a CRI value of 100, the maximum value, the colors of objects can be expected to be seen as they would appear under an incandescent or daylight spectrum of the same correlated color temperature (CCT). Sources w th CRI values less than 50 are generally regarded as rendering colors poorly, that is, colors may appear unnatural. |
| **color shift** | The change in a lamp's correlated color temperature (CCT) at 40% of the lamp's rated life, in kelvin (K). |
| **color stability** | The abil ty of a lamp or light source to maintain ts color rendering and color appearance properties over ts life. The color properties of some discharge light sources may tend to shift over the life of the lamp. |
| **color variation** | Lamps of the same type made by the same manufacturer may exhibit a certain degree of variation in color, even when operated under the same conditions and seasoned for the same about of time. |
| **combined uncertainty** | Combined uncertainty is calculated by finding the sum of the squares of sample random variabil ty (standard deviation) and laboratory measurement uncertainty and taking the square root of that sum. |

| | |
|---|---|
| compact fluorescent lamp (CFL) | A family of single-ended fluorescent-discharge light sources w th small-diameter [16-millimeter (5/8-inch) or less] tubes. |
| compatible ballasts | An abbreviated list of common ballasts that will provide the necessary circu try for a photosensor to operate correctly. Other ballasts may also be compatible; contact the photosensor manufacturer for details. |
| conduction | The process of removing heat from an object via physical contact with other objects or materials, usually metals. |
| constant-wattage autotransformer (CWA) | The most common type of ballast used for HID lamps, it maintains a constant power (wattage) supply to the lamp when system input voltage fluctuates. |
| continuous dimming | Control of a light source's intens ty to pract cally any value w thin a given operating range. |
| continuously variable signal | A signal that communicates data that can have a theoretically unlimited number of possible values between two end points. Examples include voltage, temperature, and illuminance. |
| contrast | Also known as luminance contrast,  t is the relat onship between the luminances of an object and  ts immediate background. |
| control signal range | The range of the electrical signal (in volts) that a control device uses to signal the dimming level to a ballast. |
| convection | The process of removing heat from an object through the surrounding air. |
| correlated color temperature (CCT) | A specification for wh te light sources used to describe the dominant color tone along the dimens on from warm (yellows and reds) to cool (blue). Lamps with a CCT rating below 3200 K are usually considered warm sources, whereas those with a CCT above 4000 K usually cons dered cool in appearance. Temperatures in between are considered neutral in appearance. Techn cally, CCT extends the pract ce of using temperature, in kelvins (K), for specifying the spectrum of light sources other than blackbody radiators. Incandescent lamps and daylight closely approximate the spectra of black body radiators at different temperatures and can be designated by the corresponding temperature of a blackbody radiator. The spectra of fluorescent and LED sources, however, differ substantially from black body radiators yet they can have a color appearance similar to a blackbody radiator of a part cular temperature as given by CCT. |
| cosine distribution | A property of a light source such that  ts luminous intensity in a part cular direct on is proport onal to the cosine of the angle from the normal to the source. |
| CSA | Canadian Standards Association. |
| current crest factor (CCF) | Defined as the peak current divided by the root-mean-square (rms) current of a lamp. Current crest factor ranges from 1 to infinity. ANSI requires current crest factor to be less than 1.7. Lamp manufacturers usually will not warranty their lamps when operated on a ballast having a current crest factor greater than 1.7. |
| current THD | A measure of the degree to which the current waveform deviates from sinuso dal, expressed as a percentage. See total harmon c distortion (THD). |
| cutoff angle | The angle of light distribution from a luminaire, measured upward from nadir, between the vertical axis and the first line at wh ch the bare source (lamp) is not visible. |
| cutoff classification | The classif cat on system of the Illuminating Engineering Society of North America (IESNA) that describes the light distribution of anoutdoor luminaire. Cutoff classifications define the luminous intens ty limits in two illumination zones that occur w thin the range of 80° to 180° above nadir. North America (IESNA) that describes the light distribution of an outdoor luminaire. Cutoff classifications define the luminous intensity lim ts in two illuminat on zones that occur within the range of 80° to 180° above nadir. |
| cutoff luminaire | IESNA classification that describes a luminaire having a light distribut on in which the candela per 1000 lamp lumens does not numerically exceed 25 (2.5%) at or above an angle of 90° above nadir, and 100 (10%) at or above a vert cal angle of 80° above nadir. This applies to all lateral angles around the luminaire. |
| degree of polarization | A measure of the amount of light polarization ranging from 0 to 100 percent. |
| dichroic coating (dichroic filter) | A multi-layer coating that transm ts certain wavelengths and reflects those not transm tted. |
| diffuser material | Diffusers scatter the light from a luminaire in all directions. Most diffusers in commod ty residential-grade luminaires are made of plastic, usually acryl c or polycarbonate. Other materials include glass and alabaster. |
| dimming ballast | A device that provides the ability to adjust light levels by reducing the lamp current. Most dimming ballasts are electron c. |
| direct digital control (DDC) | The technology used by the components of a distributed control system. Direct digital control modules exchange dig tally encoded signals w th each other, indicating the status of dev ces connected to the network and executing commands when appropriate. Each module contains a programmable m croprocessor, hardware for at least one type of network connect on, and some means of detecting or changing a device's status. |

| | |
|---|---|
| direct light | Light emitted by a luminaire in the general direction of the task to be illuminated. The term usually refers to light emitted in a downward direction. |
| direct luminaire | A luminaire that em ts light in the general direction of the task to be illuminated. The term usually refers to luminaires that em t light in a downward direct on. |
| direct uplight | Light emitted upward by a luminaire. |
| disability glare | A type of glare that causes a loss of visibil ty from stray light being scattered within the eye. |
| discomfort glare | The sensation of annoyance or even pain induced by overly bright sources. |
| distributed control system | A control system in wh ch the computing hardware and software are contained in a network of control modules or multi-circuit control panels physically distributed throughout the facility. |
| driver | For light em tting d odes, a dev ce that regulates the voltage and current powering the source. |
| dynamic outdoor lighting | Outdoor lighting that varies light level or other characteristics automatically and precisely in response to factors such as vacancy or the type of use of an outdoor locat on. |
| efficacy | The rat o of light output (in lumens) to input power (in watts), expressed as lumens per watt (LPW). |
| efficacy | The rat o of the light output of a lamp (lumens) to its active power (watts), expressed as lumens per watt. |
| electrode preheat current | The current flowing through a lamp's electrodes to heat them during starting. |
| electrodes | The structure that serves as the electr c terminals at each end of electric discharge lamps. |
| electromagnetic interference (EMI) | The interference of unwanted electromagnetic signals with desirable signals. Electromagnet c interference may be transmitted in two ways: radiated through space or conducted by wiring. The Federal Communications Commission (FCC) sets electromagnet c interference limits on fluorescent lighting systems in FCC Part 18. |
| electromagnetic wave | A wave composed of perpend cular electr c and magnet c fields. The wave propagates in a direction perpend cular to both fields. |
| electronic ballast | A ballast that uses electronic components instead of a magnetic core and coil to operate fluorescent lamps. Electronic ballasts operate lamps at 20 to 60 kHz, which results in reduced fl cker and noise and increased eff cacy compared with ballasts that operate lamps at 60 Hz. |
| emergency options | Refers to options available when ex t signs are operated on a non-util ty power supply such as a generator, a central battery un t that operates several exit signs, or an individual rechargeable battery. Opt ons include whether or not the ex t sign increases the brightness of the light source if the utility-supplied power fails. |
| field of view | The area covered by an occupancy sensor, often reported (for wall-mounted sensors) as a horizontal field of view or (for ceiling-mounted sensors) as the sol d angle of the cone-shaped coverage area. |
| filter | A device that allows currents at certain frequencies to pass while those at other frequencies are blocked. Filters reduce conducted electromagnetic waves by grounding the current or by increasing the impedance to a specific frequency. |
| fixture | A complete lighting un t consisting of lamp or lamps and the parts designed to distribute the light, position and protect the lamp(s), and connect the lamp(s) to the power supply. (Also referred to as luminaire.) |
| flicker | A rap d and continuous change in light levels caused by the modulation of the light output from fluorescent lamps. |
| fluorescent lamp | A low-pressure mercury electr c-discharge lamp in wh ch a phosphor coating on the inside of the glass tubing transforms most of the ultrav olet energy created ins de the lamp into visible light. |
| footcandle (fc) | A measure of illuminance in lumens per square foot. One footcandle equals 10.76 lux, although for convenience 10 lux commonly is used as the equivalent. |
| frequency | The number of cycles completed by a period c wave in a given unit of time. Frequency is commonly reported in cycles per second, or hertz (Hz). |
| full cutoff luminaire | IESNA classification that describes a luminaire having a light distribut on in which zero candela intens ty occurs at or above an angle of 90° above nadir. Additionally, the candela per 1000 lamp lumens does not numerically exceed 100 (10%) at or above a vert cal angle of 80° above nadir. This applies to all lateral angles around the luminaire. |
| full-spectrum color index (FSCI) | A mathematical transformat on of full-spectrum index into a zero to 100 scale, where the resulting values are directly comparable to color rendering index. An equal energy spectrum is defined as having an FSCI value of 100, a "standard warm white" fluorescent lamp has an FSCI value of 50, and a monochromat c light source (e.g., low pressure sodium) has an FSCI value of 0. |

| | |
|---|---|
| **full-spectrum index (FSI)** | A mathematical measure of how much a light source's spectrum deviates from an equal energy spectrum, based on the slope of its cumulative spectrum. |
| **fully shielded luminaire** | A luminaire that em ts no direct uplight, but wh ch has no lim tation on the intens ty in the reg on between 80° and 90°. |
| **fundamental** | The component of a per odic wave that has the lowest frequency. It is also called the first-order harmonic. |
| **gamut area** | A measure of color rendering based upon volume in color space. It is the range of colors achievable on a given color reproduct on medium (or present in an image on that medium) under a given set of viewing condit ons. |
| **gas-discharge lamps** | An electr c lamp that produces light from gas atoms exc ted by an electr c current. |
| **glare** | The sensation produced by luminances w thin the visual field that are suff ciently greater than the luminance to which the eyes are adapted, wh ch causes annoyance, discomfort, or loss in visual performance and visibility. |
| **glow current** | The flow of electrons away from a rap d-start lamp's electrodes during preheating. The higher the glow current, the faster the electrodes' emissive coating degrades, increasing lamp-end darkening and reducing lamp life. |
| **grid** | The combinat on of electric power plants and transmission lines operated by an electric utility. |
| **grounded** | A circu t or metal object that is connected to the earth at one or more points. Done mostly for safety, grounding also reduces electromagnet c waves. |
| **halo-phosphors** | Also referred to as halophosphates. Phosphors are the wh te powder inside fluorescent lamps that fluoresces (emits visible light) when exc ted by the ultraviolet radiat on produced by the mercury vapor that is energized by the electric arc sustained ins de the lamp. Phosphors are used to achieve high eff cacy, good color rendering, and low lamp lumen depreciation. Halo-phosphors, however, are limited in their abil ty to prov de a high color rendering index w thout sacrificing light output and are often mixed w th other phosphors. |
| **halogen cycle** | Halogen incandescent lamps are in the same family as standard incandescent lamps. The basic operating principle is the same, except that chem cals called halogens are introduced in the gas fill. When electric ty passes through the lamp's filament,  t is heated until  t glows and emits light. In this process, tungsten from the filament evaporates and, over the life of the lamp, causes the glass bulb wall to slowly blacken and the filament to disintegrate until the lamp fails. Halogens remove evaporated tungsten from the glass wall and redeposit  t back onto the filament. As a result, tungsten does not build up on the bulb, so the light output does not degrade as rap dly. |
| **halogen lamp** | An incandescent lamp that uses a halogen fill gas. Halogen lamps have higher rated efficacies and longer lives than standard incandescent A-lamps. |
| **halophosphates** | The class of phosphors commonly used in fluorescent lamps. Halophosphates are limited in their abil ty to prov de a high color rendering index w thout sacrificing light output. Standard T12 lamps containing halophosphates are the most common and least expensive fluorescent lamps, but United States federal regulat ons require that all fluorescent lamps must meet minimum eff cacy and CRI standards, and 40-watt T12 halophosphate lamps do not meet these standards. T8 lamps usually contain both halophosphates and rare-earth phosphors. |
| **harmonic** | For a distorted waveform, a component of the wave w th a frequency that is an integer multiple of the fundamental |
| **harmonic distortion** | Distorted waveshapes contain components w th frequencies that are multiples of the fundamental frequency. These higher frequency components are known as harmonics. |
| **harmonics** | Distortions of a per odic sinusoidal waveform represented as a harmonic series of sinusoidal waveforms of different amplitude and phase. A harmon c series is a group of different frequency waveforms that are multiples of the lowest or fundamental frequency. |
| **heat sinking** | Adding a material, usually metal, adjacent to an object in order to cool  t through conduction. |
| **high-intensity discharge (HID)** | An electr c lamp that produces light directly from an arc discharge under high pressure. Metal hal de, high-pressure sodium, and mercury vapor are types of HID lamps. |
| **high-pressure sodium (HPS)** | A high-intensity discharge lamp type that uses sodium under high pressure as the primary light-producing element. HPS lamps produce light with a correlated color temperature (CCT) of approximately 2000 kelvins, although CCTs for lamps having higher CRI values range from 2200 to 2700 kelvins. Standard lamps have a CRI value of 22; others have CRI values from 60 to 80. HPS lamps are among the most eff cacious light sources, with eff cacies as high as 150 lumens per watt, although those with higher CRI values have efficacies as low as 25 lumens per watt. |
| **high-wattage compact fluorescent lamp** | Abbreviated as HW-CFL, sometimes called "high lumen CFLs", these lamps are a larger cousin to regular CFLs, usually much larger in size and with higher wattages and light output. |
| **horizontal illuminance** | The average dens ty of luminous flux inc dent on a horizontal surface, measured in footcandles (fc) or lux (lx). One fc equals 10.76 lx. |
| **horizontal rotation range** | The total angular horizontal rotation of the lamp-reflector assembly. |

| | |
|---|---|
| hue | The attribute of a light source or illuminated object that determines whether it is red, yellow, green, blue, or the like. |
| ignitor | A device, e ther by itself or in association with other components, that generates voltage pulses to start discharge lamps. |
| illuminance | The amount of light (luminous flux) inc dent on a surface area. Illuminance is measured in footcandles (lumens/square foot) or lux (lumens/square meter). One footcandle equals 10.76 lux, although for convenience 10 lux commonly is used as the equivalent. |
| illumination | The process of using light to see objects at a particular location. |
| impedance | A measure of the total opposition to current flow in an alternating current circu t. The unit of impedance is the ohm $\Omega$ . |
| incident angle | The angle between a ray of light reaching a surface and a line normal (perpend cular) to that surface. |
| indication | The process of using a light source as something to be seen as in signaling. |
| indirect lighting | Light arriving at a surface after reflecting from one or more surfaces (usually walls and/or ceilings) that are not part of the luminaire. |
| infrared radiation | Any radiant energy within the wavelength range of 770 to 106 nanometers is cons dered infrared energy. (1 nanometer = 1 bill onth of a meter, or 1 X $10^{-9}$ m). |
| initial light output | A lamp's light output, in lumens, after 100 hours of seasoning. |
| instant start | A method of starting fluorescent lamps in wh ch the voltage that is applied across the electrodes to strike the electr c arc is up to tw ce as high as it is w th other starting methods. The higher voltage is necessary because the electrodes are not heated pr or to starting. This method starts the lamps without flashing. It is more energy eff cient than rap d or preheat starting, but results in greater wear on the electrodes during starting. The life of instant-start lamps that are switched on and off frequently may be reduced by as much as 25 percent relative to rapid-start operation. However, for longer burning cycles (such as 12 hours per start), there may be no difference in lamp life for different starting methods. |
| intensity (luminous intensity) | Total luminous flux w thin a given solid angle, in un ts of candelas, or lumens per steradian. |
| interoperability | The abil ty to commun cate informat on such as temperature, illuminance levels, status of secur ty dev ces, and occupancy among building systems and their controls. |
| inverter | Also known as "power inverter." A device used to convert direct current (dc) electr city into alternating (ac) current. |
| irradiance | The density of radiant flux inc dent on a surface. |
| isotemperature | A set of coordinates within wh ch all points have the same temperature. In a color space diagram, isotemperature lines represent lights w th identical correlated color temperatures. |
| junction temperature | For light em tting d odes, the temperature of the light-emitting portion of the device (see PN junct on), wh ch is inversely correlated with its light output. |
| Kelvin | Color temperature is measured in degrees Kelvin, wh ch indicathe hue of a specif c type of light source. Higher temperatures indicate wh ter, "cooler" colors, while lower temperatures ind cate yellower, "warmer" colors. |
| lamp | A radiant light source. |
| lamp base position | The location of the lamp socket, either in the center of the top of the ballast or on the s de of the ballast. Modular ballasts for circular compact fluorescent lamps (CFLs) have a lamp socket located at the end of a wiring harness. |
| lamp current | The current flowing between a lamp's electrodes during operation. |
| lamp efficacy | The rat o of the light output of a lamp (lumens) to its active power (watts), expressed as lumens per watt (LPW). |
| lamp electrode voltage | Voltage to the electrodes to operate a lamp. |
| lamp envelope | The shape of either the bare lamp or the capsule surrounding the lamp. Common shapes include quad, triple tube, four-tube, coiled tube, A-line, circular, square, globe, capsule (bullet), reflector, and decorative. |
| lamp life | The median life span of a very large number of lamps (also known as the average rated life). Half of the lamps in a sample are likely to fail before the rated lamp life, and half are likely to survive beyond the rated lamp life. For discharge light sources, such as fluorescent and HID lamps, lamp life depends on the number of starts and the duration of the operating cycle each time the lamp is started. |

| | |
|---|---|
| lamp lumen depreciation (LLD) | The reducton in lamp light output that progressively occurs during lamp life. |
| lamp operating current | Current flowing through a lamp during normal operat on. |
| lamp quantity and type | The number of lamps (in parentheses) used by the luminaire, followed by a gener c designation indicating the type. |
| lamp rated life | The number of operating hours at which half of a large group of product samples are expected to fail. The rated life is a median value of life expectancy; indiv dual lamp life may vary cons derably from the published rated life and operating cond t ons (e.g., temperature, hours per start) may affect actual life because rated life is based on standard test condit ons. In addition, the way a product fails can vary by technology. For example, incandescent lamps abruptly stop producing any light while LEDs are considered to have failed when their light output drops below a certain fraction of the initial level. |
| lamp shield type | The material used in a luminaire to shield the lamp from the environment. Lamp shields are required by Underwriters Laboratories for some lamp types. |
| lamp starting current | Current flowing through a lamp during starting operat on. |
| light loss | The reduced light output caused by a circu t-level power reducer expressed as a percentage of the light output w thout the circu t-level power reducer. (Full system output minus reduced output with a lighting-circuit power reducer div ded by the full system output times 100.) |
| light pollution | An unwanted consequence of outdoor lighting that includes such effects as sky glow, light trespass, and glare. |
| light power density (LPD) | Sometimes referred to as power dens ty. A measurement of the rat o of light output in an area and the electric power used to produce that light. LPD is determined by dividing the total light output by the total wattage consumed and is measured in lumens per watt. |
| light trespass | A undesirable condit on in which exterior light is cast where t is not wanted. |
| light-emitting diode (LED) | A solid-state electronic dev ce formed by a junct on of P- and N-type sem conductor material that emits light when electr c current passes through t. LED commonly refers to either the semiconductor by itself, i.e. the chip, or the entire lamp package including the chip, electr cal leads, opt cs and encasement. |
| line voltage | The voltage supplied by the electric power infrastructure, typically 110-120 Vac at 60 Hz for homes in North America. |
| load capacity | The maximum total power that can be connected to an occupancy sensor. |
| load shedding | The practice of turning off electrical dev ces during peak energy demand hours to reduce building energy use. |
| louver | A fixed shield, usually divided into small cells, that is attached to the face of a luminaire to reduce direct glare. |
| low battery voltage disconnect | Ind cates whether or not an exit sign has a circuit that is designed to disconnect the battery after t is discharged. This circu t prevents damage to the battery. Lead ac d and lead calcium batteries need this circu t, but nickel cadmium batteries do not. |
| low-voltage circuit protection | Protection for a ballast's low-voltage control circu t from high voltage spikes. Does not apply to high-voltage controls. |
| lumen (lm) | A unit measurement of the rate at which a lamp produces light. A lamp's light output rating expresses the total amount of light emitted in all directions per un t time. Ratings of initial light output prov ded by manufacturers express the total light output after 100 hours of operat on. |
| lumen depreciation | The decrease in lumen output that occurs as a lamp is operated, until failure. Also referred to as lamp lumen depreciat on (LLD). |
| lumen maintenance | The abil ty of a lamp to retain its light output over time. Greater lumen maintenance means a lamp will remain brighter longer. The opposite of lumen maintenance is lumen depreciation, wh ch represents the reduction of lumen output over time. Lamp lumen depreciat on factor (LLD) is commonly used as a multiplier to the in tial lumen rating in illuminance calculat ons to compensate for the lumen depreciat on. The LLD factor is a dimensionless value between 0 and 1. |
| luminaire | A complete lighting un t consisting of a lamp or lamps and the parts designed to distribute the light, to position and protect the lamp(s), and to connect the lamp(s) to the power supply. (Also referred to as fixture.) |
| luminaire angle | The vertical (altitude) angle used in luminaire photometry to express the direction of the light output being measured. Light coming straight down is at 0° (the nadir). |
| luminaire efficacy | The rat o of the measured light output of a luminaire to ts active power, expressed in lumens per watt (LPW). |
| luminaire efficiency | The rat o, expressed as a percentage, of the light output of a luminaire to the light output of the luminaire's lamp(s). Luminaire efficiency accounts for the opt cal and thermal effects that occur w thin the luminaire under standard test cond t ons. |

| | |
|---|---|
| luminance | The photometric quant ty most closely associated w th the perception of brightness, measured in units of luminous intensity (candelas) per unit area (square feet or square meter). |
| luminance contrast | Luminance contrast quantifies the relative brightness of an object against its background. It can range from zero and one. The closer the luminance contrast is to one, the greater the relative brightness of the object against its background. |
| luminous flux | Luminous radiant power, measured in lumens. The overall light output of a lamp or luminaire. |
| luminous intensity | The luminous flux on a small surface centered on and normal to the direct on div ded by the solid angle (in steradians) that the surface subtends at the source. Luminous intensity can be expressed in candelas or in lumens per steradian. |
| lux (lx) | A measure of illuminance in lumens per square meter. One lux equals 0.093 footcandle. |
| MacAdam ellipse | Researcher Dav d L. MacAdam showed that a just not ceable difference (JD) in the colors of two lights placed s de-by-s de was about three times the standard deviation associated with making color matches between a reference light and a test light )MacAdam 1942, Wyszecki and Stiles 1982). These JNDs form an elliptical pattern of "constant discriminability" in a chromatic ty space, centered on the chromat city of a reference light, known as MacAdam ellipse. |
| maximum ambient temperature | The maximum ambient temperature for wh ch a compact fluorescent lamp (CFL) product is warranted to achieve rated life. |
| maximum ballast case temperature | The maximum temperature of the ballast case for which the manufacturer's life rating is val d. |
| maximum relative light output | Illuminance measured at a fixed distance from the lamps. |
| mean light output | Light output typ cally evaluated at 40% of rated lamp life. In combination with initial light output, mean light output may be used to estimate lamp lumen depreciation. |
| medium bi-pin | A type of connector commonly used on T-8 and T-12 fluorescent lamps. Two small pins protrude from the lamp ends, wh ch are inserted into a socket in the fixture. |
| mercury vapor (MV) lamp | A high-intensity discharge lamp type that uses mercury as the primary light-producing element. Mercury vapor lamps produce light with a CCT from 3000 to 7000 K. Mercury vapor lamps w th clear outer bulbs have CRI values from 15 to 25, whereas phosphor-coated lamps have CRI values from 40 to 55. Mercury vapor lamps are less eff cacious than other HID lamp types, typ cally producing only 30 to 65 LPW, but they have longer lamp lives and lower initial costs than other HID lamp types. |
| metal halide (MH) lamp | A high-intensity discharge lamp type that uses mercury and several halide additives as light-producing elements. Metal hal de lamps have better color properties than other HID lamp types because the different add tives produce more visible wavelengths, resulting in a more complete spectrum. Metal halide lamps are available with CCTs from 2300 to 5400 K and w th CRI values from 60 to 93. Efficacies of metal halide lamps typically range from 75 to 125 LPW. |
| metal halide lamp | A high-intensity discharge (HID) lamp that uses mercury and several hal de add tives as light-producing elements. Metal hal de lamps have better color properties than other HID lamp types because the different add tives produce light distributed over more visible wavelengths, resulting in a more complete spectrum. Metal hal de lamps are available with CCTs from 2300 to 5400 K and with CRI values from 60 to 93. Efficacies of metal halide lamps typically range from 75 to 125 LPW. |
| metamers | Lights of the same color but of different spectral power distribution. |
| miniature bi-pin | A type of connector commonly used on T-5 lamps. Similar in design to but smaller than medium bi-pin connectors, it uses two small pins that protrude from the lamp ends and are inserted into a fixture socket. |
| minimal erythema dose (MED) | The quantity of ultrav olet radiation (expressed in Joules per square meter) required to produce the first perceptible, redness react on on human skin with clearly defined borders. MED can vary significantly depending on factors such as skin pigmentation. |
| minimum ambient temperature | The minimum temperature at wh ch a compact fluorescent lamp (CFL) product is warranted to start. |
| minimum bulb wall temperature (MBWT) | The temperature of the coldest spot on a lamp's bulb wall. MBWT is determined by the ambient temperature, the heat generated within the luminaire, and the luminaire's heat dissipat on effectiveness. The coldest spot on a lamp wall is where the mercury vapor tends to condense because pressure is lowest there. |
| minimum dimmed level | The lowest dimmed level achieved by a ballast, expressed as a percentage of that ballast's maximum light output. |
| minimum load requirement | The minimum power required for an occupancy sensor to operate properly. |
| minimum required efficacy | The minimum lamp efficacy required by EPACT, expressed in lumens per watt (LPW). |
| minimum starting temperature | The minimum ambient temperature at wh ch a ballast will reliably start fluorescent lamps. |
| monochromatic | For light, consisting of a single wavelength and having a very saturated color. |

| | |
|---|---|
| **multitap** | A passive distribution component composed of a directional coupler and a spl tter w th two or more output connect ons. |
| **nadir** | In the lighting discipline, nadir is the angle pointing directly downward from the luminaire, or 0°. Nadir is oppos te the zen th. |
| **noncutoff luminaire** | IESNA classification that describes a luminaire light distribut on in which there is no candela limitat on in the zone above maximum candela. (See also cutoff classif cat on and cutoff angle.) |
| **open-circuit voltage** | The voltage applied across the output terminals of a ballast when no load is connected. Open-circu t voltage is the voltage applied across a lamp circu t to start the lamp. After starting, the voltage rapidly decreases and stabilizes at the operating voltage. |
| **operating cycle** | The frequency with wh ch lamps are cycled on and off. |
| **operating electrode voltage** | The voltage that a ballast supplies to a lamp's electrodes. |
| **operating position** | The manufacturer-recommended operating pos t on for a lamp. |
| **operating voltage** | The voltage a ballast supplies to a lamp's electrodes. |
| **PAR lamp** | An incandescent or tungsten-halogen incandescent lamp w th a hard glass bulb and an inter or reflecting surface, a precisely placed filament, and a lens to control beam spread. The lens is hermet cally sealed to the reflector. Metal hal de PAR-lamps are also now available. |
| **pendant mounting** | A suspens on dev ce between a mount and a luminaire. |
| **phase displacement** | The extent to which voltage and current waveforms are out of synchronous phase with one another. Current lags or leads voltage, depending on whether the current waveform crosses a reference point after or before the voltage waveform, respectively. Phase displacement can be expressed as a un t of time, as a fraction of the period, or as an angle in degrees w th one per od corresponding to 360 degrees. When voltage and current are synchronized, phase displacement is zero. |
| **phosphors** | Materials used in a light source to produce or modify its spectral emission distribut on. In fluorescent and high intensity discharge lamps, the phosphors fluoresce (em t visible light) when excited by ultrav olet radiation produced by mercury vapor ins de the lamp when energized by an electr c arc. In a light em tting d ode, phosphors convert short-wavelength light or ultraviolet radiat on produced by a semiconductor die into longer-wavelength light, usually w th the goal of producing wh te illumination. |
| **photon** | A small bundle or quantum of electromagnet c energy, including light. |
| **photopic** | Vis on mediated essentially or exclusively by the cones. It is generally associated w th adaptat on to a luminance of at least 3.4 cd/m$^2$. |
| **photosensor** | A device used to integrate an electric lighting system with a daylighting system so lights operate only when daylighting is insufficient. |
| **photovoltaic (PV)** | Photovoltaic (PV) cells produce electric current from light energy (photons). PV cells are joined to make PV panels. |
| **PN junction** | For light em tting d odes, the port on of the dev ce where positive and negative charges combine to produce light. |
| **polarized light** | Light whose vibrations are oriented in (or around, for partially polarized light) a specific plane. |
| **position factor** | The light output of the lamp in a certain posit on div ded by the light output of the lamp in the base-up position. |
| **positive affect** | Relatively mild shifts in current mood in a positive direct on. |
| **power** | The power used by a dev ce to produce useful work (also called input power or active power). In lighting, it is the system input power for a lamp and ballast or driver combinat on. Power is typ cally reported in the SI un ts of watts. |
| **power factor (PF)** | The rat o of active power (in watts) to apparent power (in rms volt-amperes), power factor is a measure of how effectively an electr c load converts power into useful work. Power factor (PF) is calculated using the equat on PF = (active power) / [(rms voltage) x (rms current)]. Phase displacement and current distortion both reduce power factor. A power factor of 0.9 or greater indicates a high power factor ballast. |
| **power line carrier (PLC)** | A system that transm ts high-frequency (50 to 500 kHz) analog or digital signals via the power lines of a building. These signals control devices such as luminaires or contain voice transmissions such as intercom messages. Some commercial and residential energy management systems also use power line carrier systems. |
| **power quality** | The degree to wh ch current and voltage wave forms conform to a sinuso dal shape and are in synchronous phase with each other. Poor power quality results when the wave forms are distorted and/or out of phase and can interfere with data commun cations, cause ineff cient operat on or failure of other electrical equipment on the same supply line, and result in excessive current in electrical distribut on lines. |

| | |
|---|---|
| power reduction efficiency factor | A measure of the efficiency of a power reducer, representing the reduced light output in percent from a lighting-circuit power reducer divided by the reduced active power in percent from a lighting circu t power reducer. |
| preheat | A method of starting fluorescent lamps in wh ch the electrodes are heated before a switch opens to allow a starting voltage to be applied across the lamp. With preheat starting, the lamp flashes on and off for a few seconds before staying lit because several starting attempts may be necessary to establish the electric arc across the lamp electrodes. Often, the luminaire's start button must be held down until the lamp lights. Preheat ballasts are less energy efficient than rapid-start or instant-start ballasts. |
| preheat time | For rap d-start lamps, the time from the onset of lamp current to the lamp arc's striking, during which the lamp electrodes are heated to ease starting. |
| preheating time | Also referred to as preheat time and lamp preheat time. The length of time that a ballast heats a lamp's electrodes before in tiating the lamp arc. Rapid start ballasts preheat a lamp before initiating the arc in order to ease starting. Too short or too l |
| primary | Any one of three lights in terms of wh ch a color is specified by giving the amount of each required to match t by add tive combinat on. |
| prismatic lens | An opt cal component of a luminaire that is used to distribute the emitted light. It is usually a sheet of plastic with a pattern of pyramid-shaped refracting prisms on one side. Most ceiling-mounted luminaires in commercial buildings use prismatic lenses. |
| programmed start | Refers to a type of rapid start ballast that optimizes the starting process by waiting until the lamp's electrodes have been heated to apply the starting voltage, thus easing the load to the electrode and extending lamp life. Standard rapid start ballasts heat the electrodes during the starting process to allow qu cker starting w thout flicker. |
| pulse-width modulation | Operating a light source by very rap dly (faster than can be detected visually) sw tching it on and off to achieve intermediate values of average light output; the frequency and the duty cycle (percentage of time the source is sw tched on) are important parameters in the modulation. |
| R lamp | A common reflector lamp. An incandescent filament or electric discharge lamp in which the sides of the outer blown-glass bulb are coated with a reflecting material so as to direct the light. The light-transmitting region may be clear, frosted, or patterned. |
| rapid start | A method of starting fluorescent lamps in wh ch the electrodes are heated pr or to starting, using a starter that is an integral part of the ballast. Heating the electrodes before starting the lamps reduces the voltage required to strike the electr c arc between the electrodes. A rapid-start system starts smoothly, w thout flashing. |
| rare-earth phosphors | A group of phosphors containing rare-earth elements. Rare-earth phosphors are used in fluorescent lamps to achieve high efficacy and better color rendering. They produce light in very narrow wavelength bands. |
| rated average lamp life | Also referred to as lamp rated life. Lamps are tested in controlled settings and the point at which 50% of a given sample burns out is listed as the lamps' rated average lamp life. |
| rated lamp life | The number of hours at which half of a group of product samples fail. The rated life is a median value of life expectancy; any lamp or group of lamps may vary from the published rated life. Rated life is based on standard test cond tions. |
| rated light output | The sum of the initial rated lamp lumens of the lamp(s) that were supplied with the luminaire. |
| rated light output from lamp(s) | The sum of the initial rated lamp lumens of the lamp(s) that were supplied with the luminaire. |
| rated lumen | Also referred to as rated light output from lamp in lumens. Lumen refers to a un t measurement of the rate at which a lamp produces light. A lamp's light output rating expresses the total amount of light emitted in all directions per unit time. Manufacturers rate their lamps' initial light output after 100 hours of operat on. |
| RE70 | Designation referring to lamps that use rare-earth phosphors and have color-rendering index values of 70-79. |
| RE80 | Designation referring to lamps that use rare-earth phosphors and have color-rendering index values of 80-89. |
| RE80 HLO, LL | An RE80 lamp w th additional enhancements of high light output (HLO) and/or long life (LL). |
| RE90 | Designation referring to lamps that use rare-earth phosphors and have color-rendering index values equal to or greater than 90. |
| reactive power | Power that creates no useful work. It results when current is not in phase with voltage. It is calculated using the equat on reactive power = V x A x sin(q) where q is the phase displacement angle. |
| reflectance | A measure of the abil ty of an object to reflect or absorb light, expressed as a un tless value between 0 and 1. A perfectly dark object has a reflectance of 0, and a perfectly wh te object has a reflectance of 1. |

| | |
|---|---|
| **relative beam diameter (manufacturer)** | The normalized beam diameter based on manufacturer-supplied beam angles. |
| **relative beam diameter (NLPIP)** | The normalized beam diameter based on NLPIP-measured values. |
| **relative CBCP (manufacturer)** | The normalized center beam candlepower based on manufacturer-supplied values. |
| **relative system efficacy** | The rat o of relative light output (RLO) to system active power. For each lamp type, relative system eff cacy is normalized to the highest value at the maximum light output level, wh ch is assigned a relative system eff cacy value of 100%. |
| **restrike time** | The time required for a lamp to restrike, or start, and to return to 90% of ts in tial light output after the lamp is extinguished. Normally, HID lamps need to cool before they can be restarted. |
| **rms current** | Root-mean-square current, a value that quantifies the magn tude of a current that varies with time (as in ac circuits). Rms current is calculated as the square root of the squared values of current over one complete cycle. Rms current delivers the same power to a resistive load as an equivalent steady dc current. |
| **root-mean-square (rms)** | The effective average value of a period c quantity such as an alternating current or voltage wave, calculated by averaging the squared values of the ampl tude over one per od and taking the square root of that average. |
| **semiconductor** | A material whose electr cal conductivity is between that of a conductor and an insulator; the conductivity of most semiconductors is temperature dependent. |
| **semicutoff luminaire** | IESNA classification that describes a luminaire light distribut on in which the candela per 1000 lamp lumens does not numerically exceed 50 (5%) at or above an angle of 90° above nadir, and 200 (20%) at or above a vertical angle of 80° above nadir. This applies to all lateral angles around the luminaire. |
| **sensitivity adjustment** | A trim potentiometer (sometimes called a "trim pot") or a set of dip switches used to refine the response function of a photosensor. Some photosensors include a remote trim pot that allows for adjustment at a distance from the photosensor housing. |
| **shielding** | Blocking an electr c or magnetic field with a metallic substance. The incident field induces currents in the metallic substance, and these currents induce a field that opposes the incident field. Shielding reduces radiated electromagnetic waves. Electron c components, wires, lamps, and dev ces can all be shielded. |
| **sky glow** | Brightening of the sky caused by outdoor lighting and natural atmospheric and celestial factors. |
| **skylight** | A device similar to a window that is placed in a roof, allowing sunlight to enter a structure, thus reducing the need for electr c lighting. Skylights can be used to reduce peak load demand by taking advantage of sunlight during the peak demand time of the day. |
| **sound rating** | Magnetic ballasts sometimes produce a humming noise caused by vibration of the magnetic core. Electronic ballasts operate at high frequencies and are usually less noisy. Ballasts are rated from "A" to "F" based on their noise levels. Ratings define the range of ambient sound levels in which people will not not ce the ballast noise. The higher the rating, the more noise that will be required to mask the ballast hum. |
| **spectral power distribution (SPD)** | A representat on of the radiant power emitted by a light source as a funct on of wavelength. |
| **specular angle** | The reflected angle of light striking a surface, which is equal to and in the same plane as the incident angle. |
| **specular reflection** | Light incident on a surface that is redirected at the specular angle. Glossy or shiny surfaces exhibit a high degree of specular reflection. |
| **spill light** | Light that falls outside of the area intended to be lighted. |
| **standard deviation** | A measure of the average distance of a set of data points from their mean. A set of data points that are all close to their mean will have a smaller standard deviat on than a set of points that are further from their mean. |
| **starting method** | The method a ballast uses to start a lamp. For compact fluorescent lamps (CFLs), ballasts use one of three methods: preheat, instant start, or rapid start. Dimming electronic ballasts use one of these starting methods: rapid start, programmed start, or controlled rapid start. |
| **starting time** | The time it takes the lamp to start from the point at wh ch voltage is applied to the lamp until stable operat on. |
| **starting voltage** | The voltage applied across the lamp during starting. |
| **steradian (sr)** | A unit of measure equal to the solid angle subtended at the center of a sphere by an area on the surface of the sphere equal to the square of the sphere radius. |
| **substrate** | For light em tting d odes, the material on which the dev ces are constructed. |

| | |
|---|---|
| **supply voltage** | The voltage, usually direct, applied by an external source to the circuit of an electrode. |
| **system efficacy** | Also referred to as relative system eff cacy, system efficacy is a measurement of a system''s abil ty to convert electric ty into light. Measured in lumens per watt (LPW), system efficacy is the rat o of the light output (in lumens) to the active power (in watts). |
| **time delay range** | For mot on sensors, the range of time that may be set for the interval between the last detected mot on and the turning off of the lamps. |
| **total harmonic distortion (THD)** | A measure of the degree to which a sinusoidal wave shape is distorted by harmonics, with higher values of THD indicating greater distortion. |
| **track head diameter** | The size of the luminaire used in a track lighting system. |
| **track luminaire options** | Accessories available for track luminaires. |
| **track mounting** | For track luminaires, the method by which the track is attached to the ceiling. |
| **transformer** | Transformers are electr cal devices w th no moving parts, wh ch change distribution voltages to higher or lower levels. When used with incandescent or halogen lamps, they typically step 120-V distribut on downward to 12V, although 5.5V and 24-V models are also offered. |
| **transients** | For an alternating current circuit, a momentary voltage surge, often at amplitudes 10 to 20 times the normal voltage. |
| **tri-level switching** | Control of light source intensity at three discrete levels in add t on to off. |
| **tri-phosphor** | A mixture of three phosphors to convert ultraviolet radiat on to visible light in fluorescent lamps; each of the phosphors em ts light that is blue, green or red in appearance w th the combinat on producing wh te light. |
| **tri-phosphors** | Tri-phosphors are a blend of three narrow-band phosphors (red, blue, and green) that provide improved color rendit on and higher light output versus some other types of phosphors. |
| **trim option** | A decorative luminaire accessory. |
| **ultrasonic frequency** | The frequency at which an ultrasonic sensor operates. |
| **ultraviolet** | Any radiant energy within the wavelength range 100 to 400 nanometers is considered ultraviolet radiat on (1 nanometer = 1 billionth of a meter, or 1 X 10$^{-9}$ m). |
| **uniformity** | The degree of variat on of illuminance over a given plane. Greater uniform ty means less variation of illuminance. The uniformity ratio of illuminance is a measure of that variation expressed as e ther the ratio of the minimum to the maximum illuminance or the rat o of the minimum to the average illuminance. |
| **uplight** | Light directed upward at greater than 90° above nadir. The source of uplight can be from a combination of direct uplight and reflected uplight. |
| **venting** | Holes in the reflector assembly of a downlight. |
| **vertical illuminance** | The average dens ty of luminous flux inc dent on a vertical surface, measured in footcandles (fc) or lux (lx). One fc equals 10.76 lx. |
| **visual performance** | The quantitative assessment of the performance of a visual task, taking into cons deration speed and accuracy. |
| **voltage drop** | The difference between the voltages at the transmitting and receiving ends of a feeder, main, or service. |
| **voltage regulation** | The change in output voltage that occurs when the load (at a specified power factor) is reduced from rated value to zero, w th the primary impressed terminal voltage maintained constant. |
| **wall-washing** | The practice of illuminating vertical surfaces, such as walls. Wall-washer luminaries are designed to illuminate vertical surfaces. |
| **warm-up time** | The time it takes for a lamp to produce 90% of ts initial light output when it is started, unless otherwise indicated. |
| **wavelength** | The distance between two corresponding points of a given wave. Wavelengths of light are measured in nanometers (1 nanometer = 1 bill onth of a meter, or 1 X 10$^{-9}$ m) |
| **weight** | The weight of a luminaire plus ballast (except for certain track luminaires with separately mounted ballasts, when the weight is that of the lamp and track head only). For modular compact fluorescent lamp (CFL) ballasts, the weight of the ballast without a lamp. For self-ballasted CFLs, "weight" indicates the total product weight. |
| **x-bar** | Color matching function x-bar, y-bar, z-bar are used to define the color-matching properties of the CIE |

Case 2:11-cv-05504-MCA   Document 19-1   Filed 03/26/12   Page 26 of 44 PageID: 237

1931 standard observer. In 1931, CIE defined the color-matching functions x-bar, y-bar, z-bar in the wavelength range from 380nm to 780 nm at wavelength intervals of 5nm.

**zenith**

In the lighting discipline, zen th is the angle pointing directly upward from the luminaire, or 180°. Zenith is oppos te nadir. In astronom cal usage, zenith is the highest point in the sky, directly above the observat on point.

Contact Us  |  Site Map  |  Privacy  |  © 1995-2011 Rensselaer Polytechnic Institute, Troy, NY 12180 USA - All rights reserved



# EXHIBIT E

**Thomas Paciorkowski**

| | |
|---|---|
| **From:** | Lighting Institute Info (GE Consumer & Industrial) [LightingInstituteInfo@ge.com] |
| **Sent:** | Thursday, July 02, 2009 9:49 AM |
| **To:** | Thomas Paciorkowski |
| **Subject:** | RE: Lighting Product Information or Literature |

Dear Mr. Paciorkowski,

Thank you for contacting GE Lighting.  I am happy to assist you.

We appreciate your interest in our Company and our products.  In response to your question, typically, the filament type of bulb (Incandescent & Halogen) maintains its light output over it's lifetime.

Please feel free to visit us at  www.gelighting.com  for lighting resources available online.  Choose "Commercial Products" on the home page.  The top navigation bar offers Education/Resources, and Lighting Applications sections.

For additional information, you may also want to check "The Illuminating Engineering Society of North America" (IESNA) website at  www.iesna.org.

Please let us know if we can be of any further assistance.


Regards,

Chris

GE Lighting Internet Response Team
GE Lighting - 1-800-GELIGHT (1-800-435-4448) Monday through Friday, 8:00 am - 6:00 pm EDT

-----Original Message-----
From: tpaciorkowski@eichenlevinson.com
[mailto:tpaciorkowski@eichenlevinson.com]
Sent: Monday, June 15, 2009 1:33 PM
To: Lighting Institute Info (GE Consumer & Industrial)
Subject: Lighting Product Information or Literature


Enames       : Infolighting@ge.com
Mailsubject         : Lighting Product Information or Literature
First Name          : Tom
Last Name           : Paciorkowski
Street Address             : RedactedRedacted    .
Street Address2     :
City          : Redacted
State         : Re
                da
Zip Code             : Redacte
Country              : RedactedRedacted
Phone        : Redacted
Fax          :
EMail Address              : tpaciorkowski@eichenlevinson.com

1

```
Product Type      : Halogen
Product Code      :
Product ID        :
Topic       : Technical specs
Comments          : Does the light output of a halogen bulb
decrease over time, or does it maintain its brightness over its lifespan?
```

# EXHIBIT F

# An Iodine Incandescent Lamp with Virtually 100 Per Cent Lumen Maintenance

By E. G. ZUBLER
F. A. MOSBY

A SURVEY of the patent literature indicates that in 1882 a patent (No. 254,780) was issued for the inclusion of a small quantity of $Cl_2$ in a carbon filament vacuum lamp. Since then, a series of patents have appeared covering the use of $I_2$, $Br_2$, $Cl_2$ and mixtures thereof in both incandescent and discharge lamps. It is interesting to note that early patents proposed that the halogen reduced blackening during operation by reacting with the evaporated W to form a more transparent halide layer on the bulb wall. In 1923, a patent (No. 1,552,128) was issued for the inclusion of an alkali halide which supposedly reacted with impurities such as Ni and Fe on the bulb wall to form transparent halides, and reacted with the evaporated W, returning it to the filament in a regenerative cycle.

Our present efforts were initiated during the developmental work on the tubular quartz heat lamp. Small quantities of $I_2$, added to the usual Ar filling gas, were found to be very efficacious in preventing blackening during normal and over-voltage operation. This work led to the discovery of the necessity for correlating certain critical relationships in order to achieve successful operation of the regenerative cycle.

## Iodine Cycle

In general, $I_2$ is being used in an incandescent lamp to prevent blackening and enhance life by redepositing evaporated W on the filament. During normal operation of an incandescent lamp, W is transferred from the filament to the wall by normal evaporation and diffusion or via the water cycle.[1] I atoms produced by the pyrolysis of molecular $I_2$ in the vicinity of the filament diffuse to the wall and under the proper conditions react with the adsorbed W, forming a volatile $WI_2$ which diffuses to the filament. The $WI_2$ is decomposed on the filament, resulting in the deposition of the W on the filament and the production of I atoms which then diffuse to the wall to repeat the cycle.

This paper will describe the theory and operation of a new type of incandescent lamp which employs iodine in a regenerative process in which evoporated tungsten (W) is redeposited on the filament, resulting in approximately 100 per cent lumen maintenance and increased life. While the concept of using a halogen such as chlorine ($Cl_2$), bromine ($Br_2$) or iodine ($I_2$) in a lamp to prevent blackening is not novel, the difficulties associated with the regenerative process have previously precluded its practice. For the first time these difficulties have been overcome and a practical lamp employing iodine in a regenerative cycle can be produced.

Consequently, the iodine cycle depends on the reaction:

$$W + 2I \rightleftharpoons WI_2$$

where the forward reaction predominates at the wall while the reverse reaction predominates at the higher temperatures of the filament. $WI_2$ may also be formed in the gas phase as a result of a reaction between $W(g)$ and I atoms (or $I_2$) with an inert gas molecule removing the excess energy. The relative amounts of $WI_2$ formed in the gas phase and on the wall are not known. Thermodynamic considerations indicate that the $WI_2$ is decomposed on filament rather than in the gas phase in the vicinity of the filament. The surface decomposition of the $WI_2$ is attested experimnetally by the success of the $I_2$ cycle in coiled-coil filament lamps.

The iodine cycle has been extensively studied in the developmental lamp shown in Fig. 1. This particular lamp is a nominal 500-watt, 120-volt tubular, quartz lamp, 10 mm in diameter and 95 mm in length, containing 600 mm of Ar and approximately 1 $\mu$ mole of $I_2$, which, if the $I_2$ were completely vaporized at room temperature, would give a partial pressure of approximately 4.5 mm. The filament operated at 3000K and the wall temperature was approximately 600C. This developmental lamp contains a coiled W filament, spiral W supports, a

A paper presented at the National Technical Conference of the Illuminating Engineering Society, September 7-11, 1959, San Francisco, Calif. AUTHORS: General Electric Co., Cleveland, Ohio. Accepted by the Papers Committee as a Transaction of the I.E.S.



**Figure 1. A 500-watt quartz iodine lamp and an enlargement of the pinch seal.**

W inner lead welded to Mo foil and an Mo outer lead. With the successful operation of the $I_2$ cycle, the developmental lamps showed no blackening during operation, i.e., with a filament temperature of approximately 3000K, and most lamps had 100 per cent of initial lumens at the end of life. A typical lamp at burnout is shown in Fig. 2. Since W was being returned to the filament, the life was increased and consequently a higher filament temperature was possible at the same life in the absence of $I_2$.

The remarkable efficacy of the $I_2$ cycle in removing adsorbed W from the surface of a quartz bulb is shown in Fig. 3. The top photograph shows a lamp that was blackened by operating the filament at a high temperature under vacuum. The lamp was then filled with the desired $I_2$-Ar mixture and sealed off. Below, is the same lamp after 60 seconds of normal operation. The W was almost completely removed from the wall in 30 seconds.

## Wall Temperature Requirements

It has been found that the $I_2$ cycle will operate successfully with the bulb wall temperature in the range of approximately 250-1200C. Ordinarily, the reaction between W (solid) and $I_2$ requires a temperature of 700C.[4] The fact that the cycle does operate with the wall temperature considerably below 700C indicates that the reaction occurs between W and I atoms (as opposed to molecular $I_2$), produced by the pyrolysis of molecular $I_2$ near the filament. The reaction between the adsorbed W and I atoms is primarily dependent on the availability of I atoms at the wall, while wall temperature is relatively unimportant. The lower limit of the bulb wall temperature is determined by the desorption of the $WI_2$. If the bulb wall temperature is below this limit, a brown deposit of $WI_2$ is formed and the cycle is interrupted, resulting in subsequent blackening. The upper limit is determined by the stability of the $WI_2$ molecule on the wall. At high temperatures, the reverse reaction, $WI_2 \rightarrow W + 2I$ will be favored and the W will not be removed from the wall. This fact is important in considering the attack of the supports and leads by the atomic I with the formation of $WI_2$. In the developmental lamp shown, the supports operated at a considerably higher temperature than the wall and as a consequence, the iodine did not transfer W from the support to the filament. If this undesirable condition did exist, not only would the supports be attacked and eventually destroyed but excessive W would be deposited on the filament, resulting in whisker growth and the shorting of adjacent filament turns.

## Filament Temperature Requiremnts

The minimum filament temperature required for the decomposition of the $WI_2$ is indicated by an examination of one of the W supports from a developmental lamp, shown in Fig. 4. During normal operation of the lamp, W was deposited on the support near the filament and a certain distance from the filament. The point at which the deposition of



**Figure 2. A 500-watt quartz iodine lamp at the end of life—870 hours at 26 watts per watt.**



**Figure 3. Removal of evaporated W from the bulb wall by iodine cycle. Lamp at top—blackened under vacuum prior to filling; at bottom—same lamp after 60 seconds of normal operation.**



**Figure 4. Deposition of W on a support by iodine cycle. Arrow indicates point at which deposition ceased.**

W ceased, indicated by the arrow in Fig. 4, was determined by microscopic examination. The temperature of this point on the support was determined in several identical lamps with an optical pyrometer. The average temperature obtained, assumed to be equivalent to the minimum filament temperature required, was well below 2000C, which was substantially below the normal operating temperature of incandescent lamp filaments. However, if the $I_2$ cycle were to be used in discharge lamps to return evaporated or sputtered metal to the electrodes, this temperature limit could be of very considerable importance.

### Iodine Concentration

A priori, the $I_2$ concentration should be minimized due to the strong absorption of visible radiation by the $I_2$ Aside from this consideration, there appeared to be no upper limit for the successful operation of the cycle. The lower limit was difficult to establish due to the presence of varying trace quantities of metallic impurities in the developmental lamps which formed stable iodides in the cooler sections (corners) of the lamp, resulting in a depletion of the $I_2$ concentration. The concentration of $I_2$ studied was in the range 0.01 to 1.0 $\mu$ moles/cc. with 0.2-0.3 $\mu$ moles/cc. employed in the majority of lamps. This concentration, which imparted a distinct pink color to a lamp when the $I_2$ was vaporized at slightly elevated temperatures (>50C), was sufficiently low so that there was no measurable loss of visible radiation by adsorption and sufficiently high so that the usual trace quantities of impurities encountered did not appreciably deplete the $I_2$ concentration by the formation of stable iodides.

### Inert Gas

While evaporated W could be returned to the filament by the $I_2$ cycle in a vacuum lamp, an inert gas such as Ar, Kr or Xe (600-6000 mm.) was employed in the developmental lamps to prevent arcing and also to decrease the rate of evaporation of W. It was found that if the rate of return of W to the filament were large, whisker formation, pronounced crystal growth on the filament surface and preferential deposition of W on the cooler areas of the filament in the vicinity of the supports and leads was observed. Consequently, it was desirable to minimize the rate of transfer of W to obtain maximum life. While most of the developmental lamps were filled with 600 mm of Ar, there was a tendency for the lamps to arc at the end of life. Due to the high current surge during the arc, the Mo foil in the pinch seal frequently ruptured and the lamp exploded. This situation was rectified either by an external fuse or by increasing the Ar pressure. With an increase in Ar pressure, there was also a considerable increase in life at the same efficiency. These small diameter tubular lamps operate inside the so-called Langmuir sheath[2] where heat loss is due solely to conduction and is independent of pressure in this range. Consequently, an increase in inert gas pressure resulted in an increase in life by decreasing the rate of evaporation of W from the filament while the wattage, filament temperature and efficiency remained constant.

The $I_2$ cycle can also operate under certain conditions in the presence of $N_2$ which is important in certain lamp construction where close spacings present arcing problems. No evidence has been found for compound formation between the $N_2$ and $I_2$ (or I), e.g., $NI_3$, during operation of these developmental lamps.

### Difficulties

(1) In small diameter tubular lamps (6-12 mm o.d.) of the 500-watt variety, a thermal diffusion separation[3] of the $I_2$ and inert gas occurred when the lamp was operated vertically or even several degrees off a horizontal position, resulting in the heavier gas, i.e., the $I_2$ being concentrated at the bottom of the lamp and the lighter inert gas at the top. This thermal diffusion separation depleted the $I_2$ concentration at the top of the lamp and blackening resulted. In small diameter 500-watt lamps, the separation which, in general, was a function of temperature gradient and length was unfortunately efficient and necessitated horizontal operation. However, in larger diameter 500-watt lamps (20-35 mm o.d.) turbulent convection currents were operative and promoted remixing so that the sep-



**Figure 5. Blackening due to small quantities of impurities in horizontally-operated lamp.**

aration did not occur and the lamps could be operated in any position.

(2) It has been found that small quantities of certain materials, *e.g.*, Al, Ni and Hg, interfered with the successful operation of the $I_2$ cycle and blackening resulted even in the presence of sufficient $I_2$. This blackening, shown in Fig. 5, occurred on specific areas of the bulb wall. While blackening of this type usually occurred early in life with no apparent effect on life, it has been observed to occur at any time during life. While the exact cause of this type of blackening has not been established, it is believed to be the result of an accumulation of impurities and a specific surface condition of the bulb wall in certain areas.

(3) Due to the highly reactive nature of the $I_2$ vapor at elevated temperatures, it was not possible to employ any of the usual getters in the developmental lamps to remove $H_2O$ vapor or $H_2$ present initially or released from the quartz during operation. Either the $I_2$ and the getter reacted to form a stable iodide in the cooler areas of the lamp, resulting in a depletion of the $I_2$ and subsequent blackening, or else the getter material interfered with the formation of $WI_2$ on the bulb wall, resulting in blackening in the presence of sufficient $I_2$. While the $I_2$ cycle operated successfully in the presence of the $H_2O$ cycle,[1] resulting in a clean lamp throughout life, the life of the lamp was considerably shortened due to $H_2O$ cycle activity. Consequently, it was necessary to minimize the $H_2O$ cycle activity by a good bake-out of the lamp prior to filling and then employing thoroughly dried $I_2$ and inert gas to insure long life.

## Design Features

Lamps made to operate with the iodine cycle have not only shown an extremely high lumen maintenance, but also have other outstanding features which are direct results of meeting the essential requirements for successful operation. As previously indicated, a minimum bulb wall temperature of about 250C is required for reliable performance. This fact dictated the use of either Pyrex, quartz or Vycor as a bulb and lamps were made to operate successfully in each of these materials. All lamps discussed in this paper were made from tubular quartz or Vycor because of their higher melting points and very good resistance to thermal shock. If a bulb wall temperature of approximately 250C or greater is to be maintained, the filament must be located comparatively close to the bulb wall. A tubular bulb allows us to achieve this temperature without large variations between temperatures at the hottest and coolest portion of the bulb on which the cycle is functioning. The tubular construction also shows other advantages when the lamp is mounted in a luminaire.[5]

Interference with the iodine cycle caused by metals other than tungsten necessitated making lamps without filament supports or with supports of tungsten, and also indicated that the portion of the lead projecting into the lamp must be tungsten. The basic construction of an iodine lamp is shown in Fig. 1. The leads are two piece molybdenum-tungsten and the supports are tungsten wire. This design meets the temperature and material requirements and also permits an increase in operating voltages because of the double-ended construction. By increasing the length of the coil, a 10,500-watt argon-filled iodine lamp which successfully operates on 2400 volts has been made.

Fig. 6 shows some of the developmental lighting lamps that have been made in which the iodine cycle functions properly. From top to bottom, these lamps are rated at 45-, 100-, 150-, 200-, 500- and 1500-watts. They range in length from $1\frac{5}{8}$ to 10 inches, and from $\frac{5}{16}$ to $\frac{1}{2}$ an inch in diameter. Operating voltage for the group is 120 volts or less, with the exception of the 1500-watt lamp which operates at 277 volts. One obvious advantage of this



**Figure 6. Developmental quartz iodine lamps.**

*An Iodine Incandescent Lamp—Zubler-Mosby*



**Figure 7. Size comparison of quartz iodine lamps with standard lamps of equal or near-equal wattage.**



**Figure 8. 500-watt standard lamp and 500-watt quartz iodine lamp after failure.**

design is the size reduction it has achieved. In Fig. 7, a comparison of the size of the 45- and 1500-watt iodine lamps is made with that of standard 40- and 1500-watt lamps. The volume of the 45-watt lamp is 1.4 per cent of that of the 40-watt A19 and the 1500-watt volume is .55 per cent of that of the PS52 lamp. The remarkable size reduction is further evidenced by the fact that all of the lamps shown in Fig. 6, which represent a combined total of 2495 watts, occupy less volume than a 25-watt household lamp. Smaller size also means better positioning of the light source in a reflector or luminaire, enabling us to obtain beam patterns heretofore unobtainable.[5]

## Operating Characteristics

A unique and favorable characteristic of the tubular lamp is that its lumen output and watts for a given filament are independent of fill gas pressure from a few hundred millimeters to as high a pressure as the bulb will contain. As is commonly known, in the general lighting lamp thermal losses are due to convection currents and conduction. Convection currents passing over the filament reduce its operating temperature and lower its lumen output, while increasing its watts. The effect of convection currents is changed with changes in fill gas pressure, thus, initial lumen and watts rating in a standard lamp is dependent on fill pressure. It was stated earlier that the small diameter bulb contains the fill gas within the so-called Langmuir sheath during lamp operation and convection currents are non-existent. Thermal losses are then due only to

conduction and these losses are independent of gas pressure above a few hundred millimeters. Another favorable result of placing the filament in a small diameter bulb is that of obtaining a higher operating pressure than is obtained in the standard lamp for the same fill pressure. A standard 1000-hour, 500-watt, 19.8-lumen per watt lamp is filled with 600 millimeters of gas and operates at approximately 800 millimeters. The 500-watt filament, when placed in an iodine lamp of the tubular design which is filled with 600 millimeters of gas, will operate at approximately 1800 millimeters. An increase in operating pressure, plus the complete absence of convection currents, enables us to increase the efficacy of the filament to 21 lumens per watt and obtain a 2000-hour life. One more example of gain in efficiency is shown in the comparison of a 1500-watt, 275-volt lamp and a 1500-watt, 277-volt iodine lamp. The standard lamp operates at 17.5 lumens per watt for 1000 hours, while the iodine lamp operates at 22 lumens per watt for 2000 hours.

Lumen maintenance, by far the outstanding feature of this lamp, has ranged from 96-101 per cent on constant voltage lamps at 99 per cent life. These figures are quite remarkable when compared with those of the 500-watt general lighting lamp, whose lumen maintenance is 86 per cent at 70 per cent design life, and the 1500-watt lamp, whose lumen maintenance is 78 per cent at 70 per cent design life. Although figures are not available, it can be seen that the comparison would be even more astounding if the standard lamps were rated at 99 per cent design life. Fig. 8 shows a 500-watt stand-



**Figure 9. Typical failure pattern on overheated seals. Seal has not yet failed.**

ard lamp and a 500-watt iodine lamp after burnout. The percentage of lumen maintenance quoted for the iodine lamp has been measured on all constant voltage lamps, regardless of wattage.

The iodine lamp as designed, in comparison with a presently-made incandescent lamp of equal wattage, offers an incandescent light source that is drastically reduced in size, with ratings independent of fill gas pressure. Its total lumen output can be increased while maintaining equal life, it can be operated at higher voltages and it maintains 96-101 per cent lumen output until burnout.

## Operating Limitations

As is true in other lamps, precautions must be taken with the iodine lamp if it is to give the expected service. We have said that wall temperatures below approximately 250C were too low for reliable cycle operation; therefore, these lamps cannot be operated in a cooling atmosphere. Operation under water or in stiff drafts without a protective covering is not feasible. However, the lamps do perform satisfactorily under normal conditions and applications since the wall temperatures are high enough (500-600C) to maintain adequately the specified minimum. One other temperature limit which it has been necessary to specify is that of the seal. This limitation applies to the developmental lamp construction and is not necessarily a feature of all iodine lamps. Fig. 9 shows the type of failure occurring with overheated seals. Temperatures in excess of 350C, measured on the quartz directly over the center of the molybdenum foil, are detrimental to lamp life. If operated above this figure, oxidation of the foil is rapid enough to puncture the seal and leakage occurs. Lamps placed in evacuated chambers or chambers containing a non-oxygen gas have only the current carrying capacity of the foil as a limitation.

Gas separation, which has been fully explained, was found to be quite pronounced in the longer lamps. The 500-watt and the 1500-watt lamps must not be positioned more than four degrees from a horizontal plane if sufficient iodine is to remain in the high end of the lamp for efficient cycle operation. In the lower wattage lamps the gas separation is not so apparent and these lamps have been operated successfully in a vertical position.

The last precaution that we must indicate is one that is no new, nor limited to the iodine lamp. A fact that many of us may not be aware of is that all high-wattage, argon-filled incandescent lamps are internally fused to protect them against arcing. The common cause of arcing is the failure of the filament at or near the peak of inrush current when the lamp is energized. If not arrested, the arc may cause rupture of the bulb. As presently made, the iodine lamps do not contain an internal fuse and therefore the high-wattage lamps must be externally fused to protect against this type of failure.

## Applications

A discussion of the iodine lamp would not be complete without mention of possible or actual applications. It should be noted, however, that these lamps are in a developmental stage and are not presently mass produced. A broad answer to the question of what applications are the lamps suited for is that they can be used in any application that now uses incandescent lamps so long as the required conditions of temperature and position are met. Some specific possible applications would be street lighting, floodlighting of outdoor areas, display window lighting, and illumination for movie making and television. Miniaturization is a prime factor in these applications. To date, four types of iodine lamps are being used in actual applications; only one type has developed to the point of supplying lamps in small quantities. The 45- and 200-watt lamps are being tested for possible use in runway illumination and the 1500-watt lamp is being used to successfully grow algae in underwater and space travel research. The 150-watt lamp has been flight tested and is being used as a wing tip marker on high speed aircraft. While there are many possible applications, the ones mentioned are those in which this lamp may find initial usage; small size and nearly constant lumen output are features which we feel certain will guide it into numerous others.

## Acknowledgement

The authors wish to acknowledge their indebtedness to A. Foote, Large Lamp Department, for his guidance and assistance during this work.

**References**

1. Dushman, S.: *Vacuum Technique*, John Wiley and Sons, Inc., New York, N. Y., 1949, p. 679.
2. Ibid., pp. 59-65.
3. Ibid., pp. 67-73.
4. Quill, L. L.: *Chemistry and Metallurgy of Miscellaneous Materials: Thermodynamics*, McGraw-Hill Book, Co., Inc., New York, N. Y., 1950.
5. Discussed in Paugh, R. L. and Allen, C. J.: "Quartz Lighting Lamp Applications," ILLUMINATING ENGINEERING, Vol. LIV, No. 12, pp. 741-748 (December 1959).

## DISCUSSION

W. G. MATHESON:* The work reported in this paper deals with results obtained using tubular envelopes. Should one assume that no work has been done on globular envelopes or that the results obtained were unsatisfactory? The necessity of external fusing is not desirable. Also, the precise positioning with respect to the horizontal involves new fixture designs. In fact, it is likely to require extensive fixture replacement with a new design in order to accommodate the proper fuse protection and a satisfactory light distribution pattern.

The authors have indicated a high degree of success in controlling the redeposition of the evaporated tungsten on the filament. We have made tests which indicate that this control is critical due to bulb and filament temperature variations.

A. W. WEEKS:** I would anticipate considerable difficulty in controlling the exacting manufacturing processes required, but undoubtedly these can be met. The following questions have occurred to me:

Is it possible to "coil up" the longer tubular lamps, such as the 1500-watt, so that spotlighting applications would be furthered?

Under the paragraph "Application," the authors say that requirements of temperature and positioning must be met. They then say that the 150-watt lamp has been flight-tested as a wing tip marker. This application does not seem to meet requirements of temperature and positioning.

G. A. FREEMAN:† The accomplishment of a practical lamp with 100 per cent lumen maintenance, as described in this paper, is indeed a milestone of lamp improvement. The function of the reaction between halogen gases, iodine, chlorine, etc., with tungsten to remove tungsten blackening

from a lamp bulb is not new, but to control it for practical use *is* new.

This is interesting particularly to lamp development engineers who have experimented with iodine or chlorine in the gas filling of incandescent lamps and then set it aside after finding out the requirements for successful operation. The authors have been quite conscientious in pointing out the problems.

Most experimenters have considered the more conventional forms of incandescent lamps where ordinary lamp leads are chemically attacked by the iodine vapor and the minimum temperature requirement of 250C-300C is difficult to achieve. Potential gain in intrinsic quality was not enough incentive to overcome practical limitations.

The tubular quartz lamp with only tungsten parts appears to meet the requirements with fewer practical limitations. Whether the gain in intrinsic quality comes at too high a penalty in light source shape, in limited operating position and in production cost and dependability where trace quantities of impurities would be ruinous remains to be seen. The authors are to be commended on their development which appears to have attained the necessary degree of practicality.

E. G. ZUBLER AND F. A. MOSBY:* In reply to Mr. Matheson we have found that the iodine cycle does not function satisfactorily in globular envelopes such as the standard "A" bulb shape. There are two reasons for this. First, temperature variations are such that the cycle does not operate on all portions of the bulb, and second, manufacturing methods for the usual "A"-shaped lamp do not permit all tungsten parts internally. Also, the fact that a minimum wall temperature of 250C is required would prohibit its use in present standard sockets.

In answer to Mr. Weeks' question, there has been no attempt to coil up the 1500-watt lamp since a shorter lamp could be obtained by using a coiled-coil filament. The 500- and 1500-watt lamps are not now offered with coiled-coil filaments because of support problems.

As stated in the paper, the lower wattage lamps are not restricted to a horizontal burning position and the 150-watt lamp falls in this group. Temperature specifications for the wing tip application are above the 350C seal limit. However, the aircraft manufacturer and his customers are fully aware of the seal limitation and still choose to use the iodine lamp because they have found no other which will perform as well.

---

*Sylvania Lighting Products, Salem, Mass.
**Champion Lamp Works, Lynn, Mass.
† Westinghouse Electric Corp., Bloomfield, N. J.

---

*Authors.

---

# Annual Index to IE

The Index to 1959, to be published as Section II of the January 1960 issue of ILLUMINATING ENGINEERING, includes subject and author indexes and, in addition, business addresses, where available, for IES officers and committee personnel for 1957-1958 and 1958-1959.

# EXHIBIT G

Case 2:11-cv-05504-MCA   Document 19-1   Filed 03/26/12   Page 39 of 44 PageID: 250

ABOUT IEEE SPECTRUM

**IEEE Spectrum magazine is the flagship publication of the IEEE,** the world's largest professional technology association. It is a monthly magazine for technology innovators, business leaders, and the intellectually curious. Spectrum explores future technology trends and the impact of those trends on society and business.

**IEEE Spectrum is read by over 385,000 technology professionals** and senior executives worldwide in the high technology sectors of industry, government, and academia. Subscribers include engineering managers and corporate and financial executives. Deans and provosts at every major engineering university and college throughout the world are also Spectrum readers.

Contact Us How to reach the staff

Report a Problem Tell us about the trouble you are having on the Site

Editorial Advisory Board See a list of editorial advisory board members

IEEE Publication Services and Products Board See who's on the board

Reader Services Subscribe to IEEE Spectrum magazine

Media Center How to advertise in IEEE Spectrum magazine, on the Spectrum Online Web site, or in an IEEE Select Market Media publication

# EXHIBIT H



The world's largest professional association for the advancement of technology

Follow:

# History of IEEE

IEEE, an association dedicated to advancing innovation and technological excellence for the benefit of humanity, is the world's largest technical professional society. It is designed to serve professionals involved in all aspects of the electrical, electronic, and computing fields and related areas of science and technology that underlie modern civilization.

**On this Page:**

Meaning of "I-E-E-E"
Foundation of the AIEE
Foundation of the IRE
The Societies converge and merge
Growth and globalization
Related links

IEEE's roots, however, go back to 1884 when electricity was just beginning to become a major force in society. There was one major established electrical industry, the telegraph, which—beginning in the 1840s—had come to connect the world with a communications system faster than the speed of transportation. A second major area had only barely gotten underway—electric power and light, originating in Thomas Edison's inventions and his pioneering Pearl Street Station in New York.

## Meaning of "I-E-E-E"

IEEE, pronounced "Eye-triple-E", stands for the Institute of Electrical and Electronics Engineers. The association is chartered under this name and it is the full legal name.

However, as the world's largest technical professional association, IEEE's membership has long been composed of engineers, scientists, and allied professionals. These include computer scientists, software developers, information technology professionals, physicists, medical doctors, and many others in addition to our electrical and electronics engineering core. For this reason the organization no longer goes by the full name, except on legal business documents, and is referred to simply as IEEE.

↑ top of page

## Foundation of the AIEE

In the spring of 1884, a small group of individuals in the electrical professions met in New York. They formed a new organization to support professionals in their nascent field and to aid
them in their efforts to apply innovation for the betterment of humanity—the American Institute of Electrical Engineers, or AIEE for short. That October the AIEE held its first technical meeting in Philadelphia, Pa. Many early leaders, such as founding President Norvin Green of Western Union, came from telegraphy.

Others, such as Thomas Edison, came from power, while Alexander Graham Bell represented the newer telephone industry. As electric power spread rapidly across the land—enhanced by innovations such as Nikola Tesla's AC Induction Motor, long-distance AC transmission and large-scale power plants, and commercialized by industries such as Westinghouse and General Electric—the AIEE became increasingly focused on electrical power and its ability to change people's lives through the unprecedented products and services it could deliver. There was a secondary focus on wired communication, both the telegraph and the telephone. Through technical meetings, publications, and promotion of standards, the AIEE led the growth of the electrical engineering profession, while through local sections and student branches, it brought its benefits to engineers in widespread places.

↑ top of page

## Foundation of the IRE

A new industry arose beginning with Guglielmo Marconi's wireless telegraphy experiments at the turn of the century. What was originally called "wireless" became radio with the electrical amplification possibilities inherent in the vacuum tubes which evolved from John Fleming's diode and Lee de Forest's triode. With the new industry came a new society in 1912, the Institute of Radio Engineers.

The IRE was modeled on the AIEE, but was devoted to radio, and then increasingly to electronics. It, too, furthered its profession by linking its members through publications, standards and conferences, and encouraging them to advance their industries by promoting innovation and excellence in the

Case 2:11-cv-05504-MCA   Document 19-1   Filed 03/26/12   Page 42 of 44 PageID: 253

emerging new products and services.

↑ top of page

## The Societies converge and merge

Through the help of leadership from the two societies, and with the applicat ons of its members' innovations to industry, electric ty wove its way—decade by decade—more deeply into every corner of life—television, radar, transistors, computers. Increasingly, the interests of the societies overlapped.

Membership in both societies grew, but beginning in the 1940s, the IRE grew faster and in 1957 became the larger group. On 1 January 1963, The AIEE and the IRE merged to form the Institute of Electr cal and Electronics Engineers, or IEEE. At its formation, the IEEE had 150,000 members, 140,000 of whom were in the United States.

↑ top of page

## Growth and globalization

Over the decades that followed, with IEEE's continued leadership, the societal roles of the technologies under ts aegis continued to spread across the world, and reach into more and more areas of people's lives. The professional groups and technical boards of the predecessor institutions evolved into IEEE Societies. By the early 21st Century, IEEE served ts members and their interests w th 38 societies: 130 journals, transactions and magazines; more 300 conferences annually: and 900 active standards.

Since that time, computers evolved from massive mainframes to desktop appliances to portable dev ces, all part of a global network connected by satellites and then by fiber optics. IEEE's fields of interest expanded well beyond electrical/electronic engineering and computing into areas such as m cro- and nanotechnology, ultrason cs, bioengineering, robot cs, electron c materials, and many others. Electron cs became ub qu tous—from jet cockpits to industrial robots to med cal imaging.

As technologies and the industries that developed them increasingly transcended national boundaries, IEEE kept pace, becoming a truly global institution which used the innovat ons of the pract t oners it represented in order to enhance ts own excellence in delivering products and services to members, industries, and the public at large. Publicat ons and educat onal programs were delivered online, as were member serv ces such as renewal and elections. By 2010, IEEE had over 395,000 members in 160 countries. Through its worldw de network of geograph cal units, publications, web services, and conferences, IEEE remains the world's largest techn cal professional association.

↑ top of page

## Related links

Learn more about IEEE today

Vis t the IEEE Global History Network for more historical information

↑ top of page

# EXHIBIT I

**CONSUMER ELECTRONICS** / **STANDARDS**

FEATURE

## Requiem for the Incandescent Lightbulb

A look back at a century of light

By BRIAN BOWERS / APRIL 2011



Illustration: Serge Bloch

**Before it could flourish**, electric lighting had to defeat an entrenched competitor in many towns—gas. In the mid- and late 19th century, gaslight simply meant a bare gas flame, so the electric lamp, which produced no smoke, was a clear winner. But the gas industry didn't give up easily; it developed the gas mantle during the 1880s, then greatly improved it in the 1890s. This fine mesh, made mainly of thorium oxide, became incandescent when heated by a gas flame smaller than what had been used in previous generations of gas lamps. This technology also allowed the industry to change the composition of its gas so that the flames produced more heat and less light—and less smoke. The gas mantle turned out to be a cheaper source of light than the carbon filament lamp. Score round one to gas.

Starting around 1899, electricity answered the gas mantle with the metal filament, which could be operated at a hotter temperature, and therefore more efficiently, than a carbon filament. Developers tried several different filament materials. Osmium, tantalum, and tungsten have the highest melting points in the metals family but differ in their malleability. Initially, lamp manufacturers used osmium, also seen in the tips of fountain pens and in some heavy-duty electrical contacts, and tantalum, which was first isolated in 1902. Tungsten was attractive because it has the highest melting point of all metals—just over 3400 °C. But its brittleness stymied developers who were trying to draw it into a thin wire. Then Alexander Just and Franz Hanaman, working in Vienna and Budapest, found that they could make tungsten filaments by mixing tungsten powder with a binder and then drawing that mixture into a wire and sintering it—that is, heating it until the particles adhere but do not melt. Hugo Hirst, of the (British) General Electric Co., working with Just and Hanaman, began producing tungsten lamps in 1909, in a factory in West London. William Coolidge, of the (U.S.) General Electric Co., found that if he compressed tungsten powder and hammered it, he could draw it into a wire without using any binder, which was a simpler process. (There was no connection between the two General Electric companies.) Thus was born, in 1911, the drawn-tungsten filament incandescent lamp. It continues to be the standard in incandescent bulbs to this day, 100 years later.

In early tungsten lamps, the filaments sat in near vacuums, but it turned out that a little nitrogen or argon reduced the evaporation of the metal and prolonged the filament's life. The problem was that the gas also cooled the filament, making the lamp less efficient. Winding the filament in a coil reduced the cooling, and winding the coil itself into a coil, a technique developed in the early 1930s, worked even better. And that coiled-coil filament design has never been superseded.

In 1959, General Electric (U.S.) refined the filament lamp one more time. Its researchers sealed a tungsten filament into a compact bulb containing an inert gas and a small amount of a halogen, usually iodine or bromine. (The halogens are a group of elements that react very readily and energetically with other substances.)

In a halogen bulb, the halogen gas combines with the minute particles of tungsten that evaporate from the filament, which in ordinary incandescent lamps are deposited mostly on the inner surface of the bulb and over time gradually dim the light output. The tungsten halide that forms moves around as a gas and then, when it nears the hot filament, breaks down, redepositing the tungsten back onto the filament and releasing the halogen to repeat the process.

This halogen cycle keeps the bulb clean and the light output almost constant over the life of the bulb. The bulb temperature must be higher than in conventional incandescent lamps, too high for glass at the time, so the bulb was initially made of quartz. Because the first halogen lamps used iodine as the halogen, they were known as "quartz iodine" lamps. Later, bromine replaced iodine, higher-melting-point glass replaced the expensive quartz, and the lamps became "tungsten halogen" lamps. The bulbs soon caught on for spotlights and projectors and eventually for general lighting. Right now, because they are somewhat more efficient than the standard incandescent lamp, they are not on the chopping block in any country.

Recommend     Sign Up to see what your friends recommend.