# EXHIBIT A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

| | | |
|---|---|---|
| Eunnice H. Eun<br>To Call Writer Directly:<br>(202) 879-5159<br>eunnice.eun@kirkland.com | (202) 879-5000<br><br>www.kirkland.com | Facsimile:<br>(202) 879-5200 |

February 4, 2013

**VIA ELECTRONIC MAIL**

Thomas Paciorkowski  
Barry Eichen  
Eichen Crutchow Zaslow & McElroy, LLP  
40 Ethel Road  
Edison, NJ 08817  

Sidney S. Liebesman  
Liebesman Law, LLC  
501 Silverside Road, Suite 2  
Wilmington, DE 19809  

John E. Keefe, Jr.  
Stephen G. Grygiel  
Keefe Bartels, LLC  
170 Monmouth Street  
Red Bank, NJ 07701  

Re:   *Chaudhri v. OSRAM SYLVANIA, Inc.*,
Case No. 2:11-cv-05504-SDW-MCA

Dear Counsel:

I write regarding one of the issues you raised in your January 28, 2013 letter to the Court—namely, the identification of headlight assemblies used to test SilverStar® headlamps. We wish you had met and conferred with us, in accordance with the Court's directive and the federal and local rules, regarding any perceived deficiencies in Mr. Peterson's deposition testimony before raising this issue with the Court. We are willing to work with you to resolve discovery issues such as this one, and hope to avoid burdening the Court with such matters in the future.

Although we believe Mr. Peterson answered your questions on the subject of headlight assemblies, we investigated information related to the headlight assemblies used to test each SilverStar® headlamp part number. First, we found that we provided this information in documents already produced (*see*, *e.g.*, SYL-00029681, SYL-00037379, SYL-00003365). And although this testing was performed several years ago, we further confirmed the headlamp assemblies used for many part numbers. The available information is summarized in the table below, but testing may have been conducted on additional headlamp assemblies as well.

## KIRKLAND & ELLIS LLP

February 4, 2013
Page 2

| SilverStar® Part Number | Headlamp Assembly Make/Model | Headlamp Assembly Year |
|---|---|---|
| 9004 | Nissan Xterra | 2000 (approx.) |
| 9005 | Toyota Camry | 2002, 2006 |
| 9005 | Chevy Trailblazer | |
| 9006 | Toyota Camry | 2002, 2006 |
| 9006 | Chevy Trailblazer | |
| 9007 | Dodge Caravan | 2006 |
| 9007 | Chevy Cobalt | 2005 |
| H1 | Subaru Outback | 2003 |
| H7 | Audi A4 | 2004 (approx.) |
| H13 | Chrysler LX T&C | 2006 |
| H13 | Ford F150 HD Edition | 2005 (approx.) |

Please contact us with any follow-up questions.

Sincerely,

*/s/ Eunnice Eun*

Eunnice H. Eun