# KEEFE BARTELS
## TRIAL ATTORNEYS

Reply to:
Monmouth County Office
170 Monmouth Street
Red Bank, NJ 07701
Tel: 732-224-9400
Toll Free: 877-288-9247
Fax: 732-224-9494

John E. Keefe, Jr.[1,3]
Patrick J. Bartels[4]
Stephen G. Grygiel[7]

John E. Gregory, Jr.[5]
Jennifer L. Harwood[5]
Joshua S. Kincannon[6]
Robert A. Storino[5]
Stephen T. Sullivan, Jr.[4]

Of Counsel
John E. Keefe, Sr.
C. Judson Hamlin

Frank R. DiMarzio
Craig H. Livingston[2]
Ronald H. Siegel

Certified Civil Trial Attorney[1]
Certified Workers'
  Compensation Attorney[2]

Admitted:
N.J., D.C., N.D.Fla.[3]
N.J., Pa.[4]
N.J., N.Y.[5]
N.J., Pa., N.D.Fla.[6]
N.Y., De., Me., Ma.[7]

Essex County Office
56 Ferry Street
Newark, NJ 07105
Tel: 973-274-0408
Toll Free: 877-288-9247
Fax: 973-274-0409

Middlesex County Office
57 Paterson Street
New Brunswick, NJ 08901
Tel: 732-253-7870
Toll Free: 877-288-9247
Fax: 732-253-7872

April 16, 2013

*Via ECF*

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **Re:**    **Chaudhri v. Osram Sylvania, Inc., et al.**
             **Civil Action No. 11-5504 (SDW) (MCA)**

Dear Judge Arleo:

      My law firm and I are co-counsel to the plaintiff in the above-mentioned matter. This matter is currently scheduled for a Discovery Conference on April 18, 2013 at 10:30 a.m. The Conference was previously scheduled for March 27, 2013 but adjourned by the Court.

      I am scheduled to appear and speak at the New Jersey Association for Justice Conference in Atlantic City, New Jersey at the same time and date as the Discovery Conference. My appearance was scheduled and confirmed prior to the Discovery Conference's rescheduling. Accordingly, I respectfully request that the Conference be adjourned. We have requested consent from defense counsel for the adjournment but, at the time of this letter, have not received a response.

      Thank you for the Court's kind consideration of and attention to this request.

Respectfully submitted,

/s/ John E. Keefe, Jr.
JOHN E. KEEFE, JR.
For the Firm

cc: Counsel of Record (via ECF)