## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMRAN CHAUDHRI, individually, and on behalf of all others similarly situated,  :  <br><br>Plaintiff,  :  <br>v.  :  <br><br>OSRAM SYLVANIA, INC., and OSRAM SYLVANIA PRODUCTS, INC.,  :  <br><br>Defendants.  : | CIVIL ACTION NO. 11-05504 (SDW)(MCA) <br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

Notice is given that Stephen G. Grygiel of the law firm of Keefe Bartels hereby withdraws his *pro hac vice* appearance on behalf of plaintiff, Imran Chaudhri.

Date: August 8, 2013

By: _____
Stephen G. Grygiel
**KEEFE BARTELS**
170 Monmouth St.
Red Bank, NJ 07701
Phone: (732) 224-9400
Fax: (732) 224-9494
sgrygiel@keefebartels.com

Attorney for Plaintiff,
Imran Chaudhri