UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMRAN CHAUDHRI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSRAM SYLVANIA, INC., and OSRAM SYLVANIA PRODUCTS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 11-05504 (SDW)(MCA)<br><br>**SCHEDULING ORDER** |

This matter having been opened with the Joint Request and Consent of the Parties for an Order scheduling the class certification briefing schedule and for good cause shown,

It is on this day, __10 of Feb.__, 2014

ORDERED that Plaintiff shall file his Motion for Class Certification ~~90 days from the~~ on May 12, 2014 date of this Order;

IT IS FURTHER ORDERED that Defendants shall file their Opposition to the Motion for Class Certification ~~90 days from service of the Motion for Class Certification;~~ on August 12, 2014

IT IS FURTHER ORDERED that Plaintiff shall file his Reply to the Motion for Class Certification ~~45 days from service of Defendants' Opposition to the Motion for Class Certification; and~~ on Oct 1, 2014; and

IT IS FURTHER ORDERED that oral argument on the Motion for Class Certification shall take place __on date to be set by court__

_____
Madeleine Cox Arleo, U.S.M.J.

{KB245981.1 001191-10367}