John E. Keefe, Jr.
Keefe Bartels, LLC
170 Monmouth Street
Red Bank, New Jersey 07701
(732) 224-9400

Barry R. Eichen, Esq.
EICHEN CRUTCHLOW ZASLOW &
McELROY, LLP
40 Ethel Road
Edison, New Jersey 08817
(732) 777-0100

*Co-Counsel for the Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMRAN CHAUDHRI, DEIDRA ROSS, RICHARD SMITH, LARRY BYRD, DAVID CHRISTOPHER, DEREK HAHN and LEE S. KELLY, individually, and on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>OSRAM SYLVANIA     , INC., and OSRAM SYLVANIA PRODUCTS, INC.,<br><br>Defendants. | Case No. 2:11-CV-05504 (SDW)(MCA)<br><br><br><br>**NOTICE OF MOTION** |

TO:     ALL COUNSEL ON ECF LIST

PLEASE TAKE NOTICE that on such date and time as the Court shall direct, the undersigned Co-Counsel for Plaintiffs shall move before the Hon. Madeline Cox Arleo, U.S.M.J., M.L. King, Jr. Federal Bldg. & Courthouse, Room 2060, 50 Walnut Street, Newark, New Jersey 07102, for an Order preliminarily approving the proposed settlement, certifying a settlement class, approving class notice and other relief in accordance with Fed R. Civ. P. 23.

In Support of this Motion, Plaintiffs shall rely upon the annexed Certification of John E. Keefe, Jr. and Brief in Support of Preliminary Approval.

The undersigned requests oral argument.

                              KEEFE BARTELS, LLC
                              Co-Counsel for the Plaintiffs

Dated: June 30, 2014        By: /s/ John E. Keefe, Jr.
                                    JOHN E. KEEFE, JR.

                                 Barry R. Eichen, Esq.
                                 EICHEN CRUTCHLOW ZASLOW &
                                 McELROY, LLP
                                 40 Ethel Road
                                 Edison, New Jersey 08817
                                 (732) 777-0100